AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of _____ Delaware _____

LEMON BAY PARTNERS, LLP
           Plaintiff,

               V.

BRUCE L. HAMMONDS, KENNETH A.
VECCHIONE, RICHARD K. STRUTHERS,
JOHN R. COCHRAN, III and LANCE L.
WEAVER,

           Defendants,
    and
MBNA CORP.,

           Nominal Defendant.

## SUMMONS IN A CIVIL CASE

CASE NUMBER:    0 5 - 3 2 7

TO: (Name and address of Defendant)
    MBNA CORP.
    c/o The Corporation Trust Company
    1209 Orange Street
    Wilmington, DE 19801

YOU ARE HEREBY SUMMONED and required to serve on PLAINTIFF'S ATTORNEY (name and address)

    A. Zachary Naylor, Esquire
    Chimicles & Tikellis LLP
    One Rodney Square
    P.O. Box 1035
    Wilmington, DE 19899

an answer to the complaint which is served on you with this summons, within ___20___ days after service
of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you
for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the
Clerk of this Court within a reasonable period of time after service.

PETER T. DALLEO

CLERK

_Evette Watson_

(By) DEPUTY CLERK

MAY 25 2005

DATE

AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[1] | DATE<br>May 26, 2005 |
| NAME OF SERVER *(PRINT)*<br>Danny P. Randolph, Jr. | TITLE<br>Process Server |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served:

_____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒☒ Other (specify): I personally served MBNA Corp. by serving the registered agent of MBNA Corp.: Corporation Trust Company, 1209 Orange Street, Wilmington, Delaware 19801, on May 26, 2005 at 2:10 p.m. The individual accepting service was Brian Penrod.

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL |

| DECLARATION OF SERVER |
|---|

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on   5/31/05
                    Date

                    *Signature of Server*

Chimicles & Tikellis LLP
One Rodney Square, Wilmington, DE 19899

*Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.