# UNITED STATES DISTRICT COURT

District of _____ Delaware _____

LEMON BAY PARTNERS, LLP
        Plaintiff,

V.

BRUCE L. HAMMONDS, KENNETH A. VECCHIONE, RICHARD K. STRUTHERS, JOHN R. COCHRAN, III and LANCE L. WEAVER,
        Defendants,

and

MBNA CORP.,
        Nominal Defendant.

SUMMONS IN A CIVIL CASE

CASE NUMBER: 05-327

TO: (Name and address of Defendant)

    Kenneth A. Vecchione
    104 Greenspring Road
    Wilmington, DE 19807

YOU ARE HEREBY SUMMONED and required to serve on PLAINTIFF'S ATTORNEY (name and address)

    A. Zachary Naylor, Esquire
    Chimicles & Tikellis LLP
    One Rodney Square
    P.O. Box 1035
    Wilmington, DE 19899

an answer to the complaint which is served on you with this summons, within __20__ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

PETER T. DALLEO

MAY 25 2005

CLERK                                 DATE

_[signature]_

(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE ||
|---|---|
| Service of the Summons and complaint was made by me[(1)] | DATE  June 1, 2005 |
| NAME OF SERVER (PRINT)  Danny P. Randolph, Jr. | TITLE  Process Server |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

　Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify): Served: Kenneth A. Vecchione c/o MBNA at 1100 N. King Street, Wilmington, DE 19801: Copies thereof were accepted by Andrea Stevenson of the office of Dezzie Cole, Esq. authorized to accept.

| STATEMENT OF SERVICE FEES |||
|---|---|---|
| TRAVEL | SERVICES | TOTAL |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  6/1/05
　　　　　　　　 Date

*Signature of Server*

Chimicles & Tikellis LLP
One Rodney Square, Wilmington, DE 19801
*Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.