## CERTIFICATE OF SERVICE

I, A. Zachary Naylor, do hereby certify that on this 6th day of July, 2005, I caused two copies of the foregoing Amended Shareholder's Class and Derivative Complaint to be served on the following counsel addressed as follows:

>   **BY HAND**
>   Richard H. Morse
>   Young Conaway Stargatt & Taylor LLP
>   The Brandywine Building
>   1000 West Street, 17[th] Floor
>   P.O. Box 391
>   Wilmington, DE 19899

_____
A. Zachary Naylor (No. 4439)