# Chimicles & Tikellis LLP

### ATTORNEYS AT LAW

One Rodney Square
P.O. Box 1035
Wilmington DE 19899
Telephone: {302} 656.2500
Telecopier: {302} 656.9053
E-mail: Mail@Chimicles.com

July 7, 2005

Nicholas E. Chimicles
Pamela S. Tikellis *
James R. Malone, Jr.
Michael D. Gottsch
Robert J. Kriner, Jr. *
Steven A. Schwartz
M. Katherine Meermans
Candice L.H. Hegedus
Brian D. Long *
Joseph G. Sauder
Kimberly M. Donaldson
Daniel B. Scott
Fatema E.F. Burkey
Robert R. Davis *
Kimberly Marisa Litman
Timothy Newlyn Mathews
A. Zachary Naylor *

OF COUNSEL
Morris M. Shuster
Denise Davis Schwartzman
Anthony Allen Geyelin

*Attorneys admitted to
practice in Delaware

**VIA HAND DELIVERY**

Ms. April Walker
Courtroom Deputy
Chambers of the Honorable Gregory M. Sleet
J. Caleb Boggs Federal Building
844 N. King Street
Room 4324
Lockbox 19
Wilmington, DE 19801



**FILED**

**JUL – 7 2005**

**U.S. DISTRICT COURT**
**DISTRICT OF DELAWARE**

    RE:    **Lemon Bay Partners, LLP v. Bruce L. Hammonds,**
           **et al., and MBNA Corp., No. 05-Civ-327-GMS**

Dear Ms. Walker:

Enclosed is Exhibit A to the Amended Shareholder's Class and Derivative Complaint, which was inadvertently omitted from our July 6, 2005, filing (D.I. 8). Per our discussion with the Clerk's Office, please attach this document to the Amended Complaint. I apologize for the mistake and any inconvenience it may have caused. Thank you, and please don't hesitate to call me if you have any questions.

Very truly yours,

Robert R. Davis (#4536)

Enclosure
cc:    Richard H. Morse, Esquire (by hand delivery)

HAVERFORD OFFICE
One Haverford Centre
361 West Lancaster Avenue
Haverford, PA 19041
Telephone: {610} 642.8500
Telecopier: {610} 649.3633