AO 440 (Rev. 8/01) Summons in a Civil Action

## UNITED STATES DISTRICT COURT

District of     Delaware

LEMON BAY PARTNERS, LLP
        v.
BRUCE L. HAMMONDS, KENNETH A.
VECCHIONE, RICHARD K. STRUTHERS, JOHN R.
COCHRAN, III, LANCE L. WEAVER, CHARLES C.
KRULAK, MICHAEL G. RHODES, JOHN W.
SCHEFLEN, JAMES H. BERICK, MARY M. BOIES
BENJAMIN R. CIVILETTI, WILLIAM L. JEWS,
RANDOLPH D. LERNER, STUART L.
MARKOWITZ, WILLIAM B. MILSTEAD, LAURA
S. UNGER and THOMAS G. MURDOUGH,
and
MBNA CORP., Nominal Defendant

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: 05-Civ-327-GMS

TO: (Name and address of Defendant)

    James H. Berick
    c/o Rick Pepperman
    Sullivan & Cromwell LLP
    125 Broad Street
    New York, New York 10004-2498

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)
    Robert R. Davis
    Chimicles & Tikellis LLP
    One Rodney Square
    P.O. Box 1035
    Wilmington, DE 19899

an answer to the complaint which is served on you with this summons, within __20__ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

PETER T. DALLEO                  JUL 2 7 2005

CLERK                                               DATE

_Evette Watson_
(By) DEPUTY CLERK

≈AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | DATE<br>July 28, 2005 |
| NAME OF SERVER (PRINT)<br>Danny P. Randolph, Jr. | TITLE<br>Process Server |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

   Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify): Served: James H. Berick.  Served by mail to party's agent Rick Pepperman, 125 Broad Street, New York, New York, 10004-2498 per agreement.

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  7-28-05
         Date            *Signature of Server*

Chimicles & Tikellis LLP
One Rodney Square
Wilmington, DE 19801
   *Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.