⚝AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

_____    District of    _____Delaware_____

LEMON BAY PARTNERS, LLP
   v.
BRUCE L. HAMMONDS, KENNETH A.
VECCHIONE, RICHARD K. STRUTHERS, JOHN R.    **SUMMONS IN A CIVIL CASE**
COCHRAN, III, LANCE L. WEAVER, CHARLES C.
KRULAK, MICHAEL G. RHODES, JOHN W.
SCHEFLEN, JAMES H. BERICK, MARY M. BOIES   CASE NUMBER: 05-Civ-327-GMS
BENJAMIN R. CIVILETTI, WILLIAM L. JEWS,
RANDOLPH D. LERNER, STUART L.
MARKOWITZ, WILLIAM B. MILSTEAD, LAURA
S. UNGER and THOMAS G. MURDOUGH,
and
MBNA CORP., Nominal Defendant

   TO: (Name and address of Defendant)

  Laura S. Unger
  c/o Rick Pepperman
  Sullivan & Cromwell LLP
  125 Broad Street
  New York, New York 10004-2498

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

  Robert R. Davis
  Chimicles & Tikellis LLP
  One Rodney Square
  P.O. Box 1035
  Wilmington, DE 19899

an answer to the complaint which is served on you with this summons, within ___20___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

PETER T. DALLEO          JUL 2 7 2005

CLERK               DATE

_Evotte Watson_
(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | DATE July 28, 2005 |
| NAME OF SERVER *(PRINT)* Danny P. Randolph, Jr. | TITLE Process Server |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify): Served: Laura S. Unger.  Served by mail to party's agent Rick Pepperman, 125 Broad Street, New York, NY 10004-2498 per agreement.

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  7-28-05
             *Date*

*Signature of Server*

Chimicles & Tikellis LLP
One Rodney Square
Wilmington, DE 19801

*Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.