UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

------------------------------------------------------------ x
LEMON BAY PARTNERS, LLP,

                    Plaintiff,

    --against--

BRUCE L. HAMMONDS, KENNETH A.
VECCHIONE, RICHARD K. STRUTHERS,
JOHN R. COCHRAN, III, LANCE L.
WEAVER, CHARLES C. KRULAK,
MICHAEL G. RHODES, JOHN W.
SCHEFLEN, JAMES H. BERICK, MARY
M. BOIES, BENJAMIN R. CIVILETTI,
WILLIAM L. JEWS, RANDOLPH D.
LERNER, STUART L. MARKOWITZ,
WILLIAM B. MILSTEAD, LAURA S.
UNGER and THOMAS G. MURDOUGH,

                    Defendants,

    --and--

MBNA CORP.,

              Nominal Defendant.
------------------------------------------------------------ x

No. 05-Civ-327-GMS

## STIPULATED ORDER EXTENDING TIME

It is hereby stipulated by the parties to this action, subject to Order of this Court, that defendants' time in which to move, plead or otherwise respond to the amended complaint is extended to and including September 16, 2005.

| CHIMICLES & TIKELLIS, LLP | YOUNG CONAWAY STARGATT & TAYLOR, LLP |
|---|---|
| */s/ Robert Davis/* | */s/ Richard H. Morse/* |
| Pamela S. Tikellis (No. 2172) | Richard H. Morse (No. 531) |
| Robert J. Kriner, Jr. (No. 2546) | 1000 West Street, 17th Floor |
| A. Zachary Naylor (No. 4439) | P.O. Box 391 |
| Robert R. Davis (No. 4536) | Wilmington, DE 19899 |
| One Rodney Square | (302) 571-6600 |
| P.O. Box 1035 | |
| Wilmington, DE 19899 | Attorneys for Nominal Defendant MBNA Corporation and Defendants Bruce L. Hammonds, Kenneth A. Vecchione, Richard K. Struthers, John R. Cochran, III, Lance L. Weaver, Charles C. Krulak, Michael G. Rhodes and John W. Scheflen |
| (302) 656-2500 | |
| | |
| Attorneys for Plaintiff | |

SKADDEN, ARPS, SLATE, MEAGHER
& FLOM LLP

*/s/ Edward P. Welch/*
Edward P. Welch (No. 671)
Seth M. Beausang (No. 4071)
One Rodney Square
Wilmington, DE 19801
(302) 651-3060

Attorneys for Defendants Randolph D.
Lerner, James H. Berick, Mary M. Boies,
Benjamin R. Civiletti, William L. Jews,
Stuart L. Markowitz, William B. Milstead,
Laura S. Unger and Thomas G. Murdough

Dated: August 16, 2005

SO ORDERED, this ___ day of August, 2005

_____
United States District Judge