UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

------------------------------------------------------------x

LEMON BAY PARTNERS, LLP,

          Plaintiff,

--against--

BRUCE L. HAMMONDS, KENNETH
A. VECCHIONE, RICHARD K. STRUTHERS,
JOHN R. COCHRAN, III, LANCE L.
WEAVER, CHARLES C. KRULAK, MICHAEL
G. RHODES, JOHN W. SCHEFLEN,
JAMES H. BERICK, MARY M. BOIES,
BENJAMIN R. CIVILETTI, WILLIAM L. JEWS,
RANDOLPH D. LERNER, STUART L.
MARKOWITZ, WILLIAM B. MILSTEAD,
LAURA S. UNGER and THOMAS G.
MURDOUGH,

          Defendants,

--and--

MBNA CORP.,

          Nominal Defendant.

------------------------------------------------------------x

No. 05-Civ-327-GMS

## AFFIDAVIT OF MAILING

STATE OF DELAWARE      :
                                 : ss.
COUNTY OF NEW CASTLE  :

    I, Robert R. Davis, being duly sworn, according to law, deposes and says:

    1.    He is an attorney admitted to practice before the bar of the Supreme Court of the State of Delaware.

2. He is an associate at the law firm of Chimicles & Tikellis LLP, attorneys for Plaintiff in the above-captioned matters.

4. On July 28, 2005, I caused copies of the Summonses and Complaint in Civil Action No. 05-327-GMS to be mailed, by registered mail, return receipt requested to defendants Charles C. Krulak, Michael G. Rhodes, John W. Scheflen, James H. Berick, Mary M. Boies, Benjamin R. Civiletti, William L. Jews, Randolph D. Lerner, Stuart L. Markowitz, Laura S. Unger, and Thomas G. Murdough c/o Rick Pepperman, 125 Broad Street, New York, New York 10004-2498 per agreement. A true and correct copy of the original registered mail receipts obtained at the time of mailing are attached hereto as Exhibit "A."

7. A true and correct copy of the original signed and returned "green cards" return receipts, received by the undersigned affiant on August 10, 2005 are attached hereto as Exhibit "B."

_____
Robert R. Davis (#4536)

SWORN TO AND SUBSCRIBED before me this 18th day of August, 2005.

_____
Catherine H. Emmett, Notary
State of Delaware
My Commission Expires 1/26/07