# Exhibit A

Registered No. RB858314588US

Date Stamp

| Reg. Fee $ | $7.50 | | | 0501 |
| Handling Charge $ | $0.00 | Return Receipt $ | $1.75 | 27 |
| Postage $ | $3.85 | Restricted Delivery $ | $0.00 | 07/28/2005 |
| Received by | Rem | | | |

To Be Completed By Post Office

Customer Must Declare Full Value $ | ☑ With Postal Insurance
☐ Without Postal Insurance

$0.00

Domestic Insurance up to $25,000 is included in the fee. International Indemnity is limited. (See Reverse).

FROM
Chimicles & Tikellis LLP
ONE Rodney SQuare
P.O. Box 1035
Wilmington DE 19899

TO
Charles C. Krulak
c/o Rick Pepperman
Sullivan & Cromwell LLP
125 Broad Street, New York NY 10004

To Be Completed By Customer (Please Print) All Entries Must Be In Ballpoint or Typed

PS Form 3806, June 2002     Receipt for Registered Mail     Copy 1 - Customer (See Information on Reverse)

PS Form 3806, June 2002, (Customer Copy - Reverse)

**Declaration of Value:** *You must declare the full value* of all Registered Mail articles at the time of mailing.

**With Postal Insurance:** You can purchase postal insurance against loss or damage by paying the appropriate fee.

**Without Postal Insurance:** You can also send an article by Registered Mail without purchasing postal insurance. No indemnity is paid for uninsured articles.

**Indemnity Coverage:**

Domestic - Indemnity coverage for domestic Registered Mail is limited to the lesser of (1) the declared value of the article at the time of mailing if lost or totally damaged, or (2) the cost of repairs. Ask your postmaster for additional information about insurance limits and coverage. See *Domestic Mail Manual* S010 and S911 for limitations of coverage.

International - Indemnity coverage for international Registered Mail is limited to the maximum set by the Convention of the Universal Postal Union. Ask your postmaster and see the *International Mail Manual* for limitations of coverage and individual country prohibitions and restrictions.

**How to File a Claim:** You must file domestic claims within one year of the date the article was mailed. International indemnity claims for loss must be filed within six months of the date the article was mailed. Make claims for complete or partial loss of contents, damage, or alleged rifling immediately. For complete or partial loss or damage present (1) this receipt, (2) the article, container, and packaging; and, (3) evidence to substantiate your claim.

Please allow three months after you file to inquire about the status of your claim.

Save this receipt for Registered Mail claims and inquiries

— Registered No.

RB858314591US

**Date Stamp**

| To Be Completed By Post Office | Reg. Fee $ | $7.50 | | |
|---|---|---|---|---|
| | Handling Charge $ | $0.00 | Return Receipt | $1.75 |
| | Postage $ | $3.85 | Restricted Delivery $ | $0.00 |
| | Received by | | | |

Customer Must Declare Full Value $    ☐ With Postal Insurance
☐0.00    ☒ Without Postal Insurance

Domestic Insurance up to $25,000 is included in the fee. International Indemnity is limited. *(See Reverse).*

**FROM**

ChiNicles + TiKellis LLP
ONE Rodney SQUARE
P.O. Box 1035
WilmiNGTON DE 19899

**TO**

Michael G. Rhodes
C/o Rick Pepperman Sullivan & Cromwell LL
125 Broad Street
New York NY 10004

PS Form **3806**,    **Receipt for Registered Mail**    Copy 1 - Customer
June 2002    *(See Information on Reverse)*

---

**Declaration of Value:** *You must declare the full value* of all Registered Mail articles at the time of mailing.

**With Postal Insurance:** You can purchase postal insurance against loss or damage by paying the appropriate fee.

**Without Postal Insurance:** You can also send an article by Registered Mail without purchasing postal insurance. No indemnity is paid for uninsured articles.

**Indemnity Coverage:**

Domestic - Indemnity coverage for domestic Registered Mail is limited to the lesser of (1) the declared value of the article at the time of mailing if lost or totally damaged, or (2) the cost of repairs. Ask your postmaster for additional information about insurance limits and coverage. See *Domestic Mail Manual* S010 and S911 for limitations of coverage.

International - Indemnity coverage for international Registered Mail is limited to the maximum set by the Convention of the Universal Postal Union. Ask your postmaster and see the *International Mail Manual* for limitations of coverage and individual country prohibitions and restrictions.

**How to File a Claim:** You must file domestic claims within one year of the date the article was mailed. International indemnity claims for loss must be filed within six months of the date the article was mailed. Make claims for complete or partial loss of contents, damage, or alleged rifling immediately. For complete or partial loss or damage present (1) this receipt, (2) the article, container, and packaging; and, (3) evidence to substantiate your claim.

Please allow three months after you file to inquire about the status of your claim.

| | | |
|---|---|---|
| Reg. No. RB858314614US | | |
| Date Stamp WASHINGTON DE, JUL 28 2005 |

| | | | | |
|---|---|---|---|---|
| Handling Charge | $ | $0.00 | Return Receipt | $ $1.75 |
| Postage | $ | $3.85 | Restricted Delivery | $ $0.00 |
| Received by | CPW | | | |

Domestic Insurance up to $25,000 is included in the fee. International Indemnity is limited. (See Reverse.)

To Be Completed By Post Office

Customer Must Declare Full Value $  $0.00

☐ With Postal Insurance
☑ Without Postal Insurance

To Be Completed By Customer (Please Print) All Entries Must Be in Ballpoint or Typed

FROM:
Chimicles + Tikellis LLP
ONE Rodney SQUARE
P.O. Box 1035
WILMINGTON DE 19899   19801

TO:
John W. Scheflen
c/o Rick Pepperman Sullivan & Cromwell LLP
125 Broad Street
New York, NY 10004

PS Form **3806**, June 2002    **Receipt for Registered Mail**    Copy 1 - Customer
(See Information on Reverse)

---

PS Form 3806, June 2002, (Customer Copy - Reverse)

Save this receipt for Registered Mail claims and inquiries

**Declaration of Value:** You must declare the full value of all Registered Mail articles at the time of mailing.

**With Postal Insurance:** You can purchase postal insurance against loss or damage by paying the appropriate fee in 0.00

**Without Postal Insurance:** You can also send an article by Registered Mail without purchasing postal insurance. No indemnity is paid for uninsured articles.

**Indemnity Coverage:**

Domestic - Indemnity coverage for domestic Registered Mail is limited to the lesser of (1) the declared value of the article at the time of mailing if lost or totally damaged, or (2) the cost of repairs. Ask your postmaster for additional information about insurance limits and coverage. See *Domestic Mail Manual* S010 and S911 for limitations of coverage.

International - Indemnity coverage for international Registered Mail is limited to the maximum set by the Convention of the Universal Postal Union. Ask your postmaster and see the *International Mail Manual* for limitations of coverage and individual country prohibitions and restrictions.

**How to File a Claim:** You must file domestic claims within one year of the date the article was mailed. International indemnity claims for loss must be filed within six months of the date the article was mailed. Make claims for complete or partial loss of contents, damage, or alleged rifling immediately. For complete or partial loss or damage present (1) this receipt, (2) the article, container, and packaging; and, (3) evidence to substantiate your claim.

Please allow three months after you file to inquire about the status of your claim.

Date Stamp

RB85831460505

| | | | |
|---|---|---|---|
| Registered No. | $7.80 | Special Delivery | |
| Handling Charge $ | $0.00 | Return Receipt $ | $1.75 |
| Postage $ | $3.85 | Restricted Delivery $ | $0.00 |
| Received by | REM | | |

07/28/2005

Domestic Insurance Is Limited To $25,000; International Indemnity is Limited (See Reverse)

Customer Must Declare Full Value $    $0.00

☐ With Postal Insurance
☒ Without Postal Insurance

FROM:
Chimicles + Tikellis LLP
ONE Rodney Square
P.O. Box 1035
WILMINGTON, DE 19899

TO:
James H. Berick
c/o Rick Pepperman, Sullivan + Cromwell LLP
125 BROAD STREET
NEW YORK, NY 10004

PS Form 3806, June 2000,    **Receipt for Registered Mail**    (Customer Copy) (See Information on Reverse)

PS Form 3806, June 2000, (Customer Copy - Reverse)

**Declaration of Value:** You must declare the full value of all registered mail articles at the time of mailing, whether you want to purchase insurance or not.

**With Postal Insurance:** You can purchase postal insurance against loss or damage by paying the appropriate fee.

**Without Postal Insurance:** You can also send an article by registered mail without purchasing postal insurance. No indemnity is paid for uninsured articles.

**Indemnity Coverage:**

Domestic - Indemnity coverage for domestic registered mail is limited to the lesser of (1) the value of the article at the time of mailing if lost or totally damaged, or (2) the cost of repairs. Ask your postmaster for additional information about insurance limits and coverage. See Domestic Mail Manual S010 and S911 for limitations of coverage.

International - Indemnity coverage for international registered mail is limited to the maximum set by the Convention of the Universal Postal Union. Ask your postmaster and see the International Mail Manual for limitations of coverage and individual country prohibitions and restrictions.

**How to File a Claim:** You must file domestic claims within one year of the date the article was mailed. Effective January 1, 2001, international indemnity claims for loss must be filed within six months of the date the article was mailed. Make claims for complete or partial loss of contents, damage, or alleged rifling immediately. For complete or partial loss or damage present (1) this receipt, (2) the article, container, and packaging; and, (3) evidence to substantiate your claim.

Please do not inquire about the status of your claim for at least 3 months after you file.

RB85831455705

Date Stamp

| | | | | | |
|---|---|---|---|---|---|
| Reg. Fee | S | **$7.80** | | | |
| Handling Charge | S | **$0.00** | Return Receipt | S | **$1.75** |
| Postage | S | **$3.85** | Restricted Delivery | S | **$0.00** |
| Received by | | ÞEM | | | |

0801
0501
27
07/28/2005

Domestic Insurance up to $25,000 is included in the fee. International Indemnity is limited. (See Reverse).

| Customer Must Declare Full Value $ | ⊘ | With Postal Insurance |
|---|---|---|
| | **$0.00** | Without Postal Insurance |

**To Be Completed By Post Office**

**To Be Completed By Customer (Please Print) All Entries Must Be In Ballpoint or Typed**

FROM
Chimicles + Tikellis LLP
One Rodney Square
P.O. Box 1035
Wilmington DE 19899
19801

TO
Mary M. Boies
c/o Rick Pepperman Sullivan + Cromwell LL
125 Broad Street
New York NY 10004

PS Form **3806**,     Receipt for Registered Mail     Copy 1 - Customer
June 2002                                           (See Information on Reverse)

PS Form 3806, June 2002, (Customer Copy - Reverse)

Save this receipt for Registered Mail claims and inquiries

**Declaration of Value:** *You must declare the full value* of all Registered Mail articles at the time of mailing.

**With Postal Insurance:** You can purchase postal insurance against loss or damage by paying the appropriate fee.

**Without Postal Insurance:** You can also send an article by Registered Mail without purchasing postal insurance. No indemnity is paid for uninsured articles.

**Indemnity Coverage:**

Domestic - Indemnity coverage for domestic Registered Mail is limited to the lesser of (1) the declared value of the article at the time of mailing if lost or totally damaged, or (2) the cost of repairs. Ask your postmaster for additional information about insurance limits and coverage. See *Domestic Mail Manual* S010 and S911 for limitations of coverage.

International - Indemnity coverage for international Registered Mail is limited to the maximum set by the Convention of the Universal Postal Union. Ask your postmaster and see the *International Mail Manual* for limitations of coverage and individual country prohibitions and restrictions.

**How to File a Claim:** You must file domestic claims within one year of the date the article was mailed. International indemnity claims for loss must be filed within six months of the date the article was mailed. Make claims for complete or partial loss of contents, damage, or alleged rifling immediately. For complete or partial loss or damage present (1) this receipt, (2) the article, container, and packaging; and, (3) evidence to substantiate your claim.

Please allow three months after you file to inquire about the status of your claim.

RB853831456505

| To Be Completed By Post Office | Reg. Fee $ | $11.50 |  | Date Stamp |
|---|---|---|---|---|
| | Handling Charge | $0.00 | Return Receipt $ | $1.75 |
| | Postage $ | $3.85 | Restricted Delivery $ | $0.00 |
| | Received by | | | |

07/28/2005

Domestic Insurance up to $25,000 is included in the fee. International Indemnity is limited. (See Reverse).

Customer Must Declare Full Value $    $0.00   
☐ With Postal Insurance
☑ Without Postal Insurance

FROM:
Chimicles + Tikellis LLP
ONE Rodney SQUARE
P.O. Box 1035
WILMINGTON DE 19899
19801

TO:
Benjamin R. Civiletti
c/o Rick Pepperman Sullivan & Cromwell
125 Broad Street
New York, NY 10004
NEW YORK, NY 10004

**PS Form 3806, June 2002    Receipt for Registered Mail**    Copy 1 - Customer (See Information on Reverse)

**Declaration of Value:** *You must declare the full value* of all Registered Mail articles at the time of mailing.

**With Postal Insurance:** You can purchase postal insurance against loss or damage by paying the appropriate fee.

**Without Postal Insurance:** You can also send an article by Registered Mail without purchasing postal insurance. No indemnity is paid for uninsured articles.

**Indemnity Coverage:**

Domestic - Indemnity coverage for domestic Registered Mail is limited to the lesser of (1) the declared value of the article at the time of mailing if lost or totally damaged, or (2) the cost of repairs. Ask your postmaster for additional information about insurance limits and coverage. See *Domestic Mail Manual* S010 and S911 for limitations of coverage.

International - Indemnity coverage for International Registered Mail is limited to the maximum set by the Convention of the Universal Postal Union. Ask your postmaster and see the *International Mail Manual* for limitations of coverage and individual country prohibitions and restrictions.

**How to File a Claim:** You must file domestic claims within one year of the date the article was mailed. International indemnity claims for loss must be filed within six months of the date the article was mailed. Make claims for complete or partial loss of contents, damage, or alleged rifling immediately. For complete or partial loss or damage present (1) this receipt, (2) the article, container, and packaging; and, (3) evidence to substantiate your claim.

Please allow three months after you file to inquire about the status of your claim.

| Registered No. | | | | Date Stamp |
|---|---|---|---|---|
| | RB858314628US | | | |

| | Reg. Fee $ | $7.50 | | | 0501 |
|---|---|---|---|---|---|
| To Be Completed By Post Office | Handling Charge $ | $0.00 | Return Receipt $ | $1.75 | 27 |
| | Postage $ | $3.85 | Restricted Delivery $ | $0.00 | 07/28/2005 |
| | Received by | Ken | | | Domestic Insurance up to $25,000 is included in the fee. International Indemnity is limited. (See Reverse). |

| | Customer Must Declare Full Value $ | $0.00 | | ☐ With Postal Insurance ☑ Without Postal Insurance |
|---|---|---|---|---|

| To Be Completed By Customer (Please Print) All Entries Must Be In Ballpoint or Typed | FROM | Chimicles + Tikellis LLP<br>ONE Rodney Square<br>P.O. Box 1035<br>WILMINGTON DE 19899 |
|---|---|---|
| | TO | William L. Jews<br>c/o Rick Pepperman Sullivan + Cromwell LLP<br>125 Broad Street<br>New York, NY 10004 |

PS Form 3806, June 2002    **Receipt for Registered Mail**    Copy 1 - Customer (See Information on Reverse)

---

PS Form 3806, June 2002, (Customer Copy - Reverse)

**Declaration of Value:** *You must declare the full value of all Registered Mail articles at the time of mailing.*

**With Postal Insurance:** You can purchase postal insurance against loss or damage by paying the appropriate fee.

**Without Postal Insurance:** You can also send an article by Registered Mail without purchasing postal insurance. No indemnity is paid for uninsured articles.

**Indemnity Coverage:**

Domestic - Indemnity coverage for domestic Registered Mail is limited to the lesser of (1) the declared value of the article at the time of mailing if lost or totally damaged, or (2) the cost of repairs. Ask your postmaster for additional information about insurance limits and coverage. See *Domestic Mail Manual* S010 and S911 for limitations of coverage.

International - Indemnity coverage for international Registered Mail is limited to the maximum set by the Convention of the Universal Postal Union. Ask your postmaster and see the *International Mail Manual* for limitations of coverage and individual country prohibitions and restrictions.

**How to File a Claim:** You must file domestic claims within one year of the date the article was mailed. International indemnity claims for loss must be filed within six months of the date the article was mailed. Make claims for complete or partial loss of contents, damage, or alleged rifling immediately. For complete or partial loss or damage present (1) this receipt, (2) the article, container, and packaging; and, (3) evidence to substantiate your claim.

Please allow three months after you file to inquire about the status of your claim.

Save this receipt for Registered Mail claims and inquiries

RB853831457405

**To Be Completed By Post Office**

Reg. Fee $ $17.90

Handling Charge $ $0.00     Return Receipt $ $1.75

Postage $ $3.85     Restricted Delivery $ $0.00

Received by _____

Date Stamp

ON DE 27    07/28/2005

Domestic Insurance up to $25,000 is included in the fee. International Indemnity is limited. (See Reverse).

Customer Must Declare Full Value $     With Postal Insurance ☐
☑ Without Postal Insurance

$0.00

**To Be Completed By Customer (Please Print) All Entries Must Be In Ballpoint or Typed**

FROM: Chimicles & Tikellis LLP
ONE Rodney SQUARE
P.O. Box 1035
WILMINGTON DE 19899

TO: Randolph D. Lerner
c/o Rick Pepperman Sullivan & Cromwell LP
125 Broad Street
NEW YORK, NY 10004

PS Form **3806**,     **Receipt for Registered Mail**     Copy 1 - Customer
June 2002     (See Information on Reverse)

PS Form 3806, June 2002, (Customer Copy - Reverse)

**Declaration of Value:** You must declare the full value of all Registered Mail articles at the time of mailing.

**With Postal Insurance:** You can purchase postal insurance against loss or damage by paying the appropriate fee.

**Without Postal Insurance:** You can also send an article by Registered Mail without purchasing postal insurance. No indemnity is paid for uninsured articles.

**Indemnity Coverage:**

Domestic - Indemnity coverage for domestic Registered Mail is limited to the lesser of (1) the declared value of the article at the time of mailing if lost or totally damaged, or (2) the cost of repairs. Ask your postmaster for additional information about insurance limits and coverage. See Domestic Mail Manual S010 and S911 for limitations of coverage.

International - Indemnity coverage for international Registered Mail is limited to the maximum set by the Convention of the Universal Postal Union. Ask your postmaster and see the International Mail Manual for limitations of coverage and individual country prohibitions and restrictions.

**How to File a Claim:** You must file domestic claims within one year of the date the article was mailed. International indemnity claims for loss must be filed within six months of the date the article was mailed. Make claims for complete or partial loss of contents, damage, or alleged rifling immediately. For complete or partial loss or damage present (1) this receipt, (2) the article, container, and packaging; and, (3) evidence to substantiate your claim.

Please allow three months after you file to inquire about the status of your claim.

Save this receipt for Registered Mail claims and inquiries

RB85831431205

**Date Stamp**

| To Be Completed By Post Office | | | | |
|---|---|---|---|---|
| Registered No. | | | | |
| Handling Charge | $ | $0.00 | Return Receipt | $ | $1.75 |
| Postage | $ | $3.85 | Restricted Delivery | $ | $0.00 |
| Received by | KEM | | | |
| Customer Must Declare Full Value $ | $0.00 | | With Postal Insurance ☐ Without Postal Insurance ☒ |

WILMINGTON DE
27
07/28/2005

Domestic Insurance up to $25,000 is included in the fee. International Indemnity is limited. (See Reverse).

**FROM** Chimicles + Tikellis LLP
ONE Rodney Square
P.O. Box 1035
Wilmington DE 19899

**TO** Stuart L. Markowitz
c/o Rick Pepperman Sullivan + Cromwell LLP
125 Broad Street
New York, NY 10004

PS Form **3806**,     **Receipt for Registered Mail**     Copy 1 - Customer
June 2002     (See Information on Reverse)

---

PS Form 3806, June 2002, (Customer Copy - Reverse)

**Declaration of Value:** You must declare the full value of all Registered Mail articles at the time of mailing.

**With Postal Insurance:** You can purchase postal insurance against loss or damage by paying the appropriate fee.

**Without Postal Insurance:** You can also send an article by Registered Mail without purchasing postal insurance. No indemnity is paid for uninsured articles.

**Indemnity Coverage:**

Domestic - Indemnity coverage for domestic Registered Mail is limited to the lesser of (1) the declared value of the article at the time of mailing if lost or totally damaged, or (2) the cost of repairs. Ask your postmaster for additional information about insurance limits and coverage. See *Domestic Mail Manual* S010 and S911 for limitations of coverage.

International - Indemnity coverage for international Registered Mail is limited to the maximum set by the Convention of the Universal Postal Union. Ask your postmaster and see the *International Mail Manual* for limitations of coverage and individual country prohibitions and restrictions.

**How to File a Claim:** You must file domestic claims within one year of the date the article was mailed. International indemnity claims for loss must be filed within six months of the date the article was mailed. Make claims for complete or partial loss of contents, damage, or alleged rifling immediately. For complete or partial loss or damage present (1) this receipt, (2) the article, container, and packaging; and, (3) evidence to substantiate your claim.

Please allow three months after you file to inquire about the status of your claim.

Save this receipt for Registered Mail claims and inquiries

RB858314543US

| | | | |
|---|---|---|---|
| Registered No. | | Date Stamp | |
| Handling Charge $ | **$0.00** | Return Receipt $ | **$1.75** |
| Postage $ | **$3.85** | Restricted Delivery $ | **$0.00** |
| Received by | *REM* | | |

Domestic Insurance up to $25,000 is included in the fee. International Indemnity is limited. (See Reverse).

Customer Must Declare Full Value $ **$0.00**

☐ With Postal Insurance
☑ Without Postal Insurance

FROM
Chimicles + Tikellis LLP
ONE Rodney Square
P.O. Box 1035
WILMINGTON DE 19899

TO
Laura S. UNGER
c/o Rick Pepperman Sullivan + Cromwell
125 Broad Street
NEW YORK, NY 10004

PS Form 3806, June 2002        **Receipt for Registered Mail**        Copy 1 - Customer
(See Information on Reverse)

**Declaration of Value:** *You must declare the full value* of all Registered Mail articles at the time of mailing.

**With Postal Insurance:** You can purchase postal insurance against loss or damage by paying the appropriate fee.

**Without Postal Insurance:** You can also send an article by Registered Mail without purchasing postal insurance. No indemnity is paid for uninsured articles.

**Indemnity Coverage:**

Domestic - Indemnity coverage for domestic Registered Mail is limited to the lesser of (1) the declared value of the article at the time of mailing if lost or totally damaged, or (2) the cost of repairs. Ask your postmaster for additional information about insurance limits and coverage. See *Domestic Mail Manual* S010 and S911 for limitations of coverage.

International - Indemnity coverage for international Registered Mail is limited to the maximum set by the Convention of the Universal Postal Union. Ask your postmaster and see the *International Mail Manual* for limitations of coverage and individual country prohibitions and restrictions.

**How to File a Claim:** You must file domestic claims within one year of the date the article was mailed. International indemnity claims for loss must be filed within six months of the date the article was mailed. Make claims for complete or partial loss of contents, damage, or alleged rifling immediately. For complete or partial loss or damage present (1) this receipt, (2) the article, container, and packaging; and, (3) evidence to substantiate your claim.

Please allow three months after you file to inquire about the status of your claim.

PS Form 3806, June 2002, (Customer Copy - Reverse)

Save this receipt for Registered Mail claims and inquiries

| | RB85831453005 | | | Date Stamp |
|---|---|---|---|---|

| | Registered No. | | | |
|---|---|---|---|---|

**To Be Completed By Post Office**

| | | | | |
|---|---|---|---|---|
| Handling Charge | $ $0.00 | Return Receipt | $ $1.75 | |
| Postage | $ $3.85 | Restricted Delivery | $ $0.00 | |
| Received by | *REM* | | | 07/28/2005 |

Domestic Insurance up to $25,000 is included in the fee. International Indemnity is limited. *(See Reverse).*

**To Be Completed By Customer (Please Print) All Entries Must Be in Ballpoint or Typed**

| Customer Must Declare Full Value $ | $0.00 | ☐ With Postal Insurance | |
|---|---|---|---|
| | | ☐ Without Postal Insurance | |

FROM
Chnicles + Tikellis LLP
One Rodney Square
P.O. Box — 1035
Wilmington DE 19899

TO
Thomas G. Murdough
c/o Rick Pepperman Sullivan & Cromwell LLP
125 Broad Street
New York, NY 10004

**PS Form 3806,** June 2002     **Receipt for Registered Mail**     *Copy 1 - Customer* *(See Information on Reverse)*

---

**PS Form 3806, June 2002, (Customer Copy - Reverse)**

**Declaration of Value:** *You must declare the full value of all Registered Mail articles at the time of mailing.*

**With Postal Insurance:** You can purchase postal insurance against loss or damage by paying the appropriate fee.

**Without Postal Insurance:** You can also send an article by Registered Mail without purchasing postal insurance. No indemnity is paid for uninsured articles.

**Indemnity Coverage:**

Domestic - Indemnity coverage for domestic Registered Mail is limited to the lesser of (1) the declared value of the article at the time of mailing if lost or totally damaged, or (2) the cost of repairs. Ask your postmaster for additional information about insurance limits and coverage. See *Domestic Mail Manual* S010 and S911 for limitations of coverage.

International - Indemnity coverage for international Registered Mail is limited to the maximum set by the Convention of the Universal Postal Union. Ask your postmaster and see the *International Mail Manual* for limitations of coverage and individual country prohibitions and restrictions.

**How to File a Claim:** You must file domestic claims within one year of the date the article was mailed. International indemnity claims for loss must be filed within six months of the date the article was mailed. Make claims for complete or partial loss of contents, damage, or alleged rifling immediately. For complete or partial loss or damage present (1) this receipt, (2) the article, container, and packaging; and, (3) evidence to substantiate your claim.

Please allow three months after you file to inquire about the status of your claim.

**Save this receipt for Registered Mail claims and inquiries**

# Exhibit B

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Charles C. Krulak
c/o Rick Pepperman
Sullivan & Cromwell LLP
125 Broad Street
New York, NY 10004

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _____  ☐ Agent  ☐ Addressee

B. Received by ( Printed Name)    C. Date of Delivery

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:  ☐ No

3. Service Type
☐ Certified Mail   ☐ Express Mail
☐ Registered       ☐ Return Receipt for Merchandise
☐ Insured Mail     ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)    ☐ Yes

2. Article
(Trans

PS Form                                                    2595-02-M-15

---

UNITED STATES POSTAL SERVICE

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

• Sender: Please print your name, address, and ZIP+4 in this box •

Chimicles + Tikellis LLP
ONE Rodney SQUARE
P.O. Box 1035
WILMINGTON DE 19899

B009

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _____  ☐ Agent  ☐ Addressee

B. Received by ( Printed Name)    C. Date of Delivery

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:  ☐ No

1. Article Addressed to:

Michael G. Rhodes
C/o Rick Pepperman
Sullivant Cromwell LLP
125 Broad Street
New York, NY 10004

3. Service Type
☐ Certified Mail   ☐ Express Mail
☑ Registered   ☐ Return Receipt for Merchandise
☐ Insured Mail   ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article (Tra

PS For

02595-02-M-154

---

UNITED STATES POSTAL SERVICE

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

• Sender: Please print your name, address, and ZIP+4 in this box •

Chimicles + Tikellis LLP
ONE Rodney Square
P.O. Box 1035
WILMINGTON, DE 19899

8003

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

John W. Scheflen
C/o Rick Pepperman
Sullivan & Cromwell LLP
125 Broad Street
New York, NY 10004

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature

X _____  ☐ Agent  ☐ Addressee

B. Received by ( Printed Name)   C. Date of Deliver

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:  ☐ No

3. Service Type
   ☐ Certified Mail    ☐ Express Mail
   ☐ Registered        ☐ Return Receipt for Merchandis
   ☐ Insured Mail      ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Artic
   (Tran

PS For

2595-02-M-15

---

UNITED STATES POSTAL SERVICE

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

- Sender: Please print your name, address, and ZIP+4 in this box •

Chimicles + Tikellis LLP
ONE Rodney Square
P.O. Box 1035
Wilmington DE 19899

B003

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature

X _____  ☐ Agent  ☐ Addressee

B. Received by ( Printed Name)  C. Date of Deliver

1. Article Addressed to:

James H. Berick
C/o Rick Pepperman
Sullivan & Cromwell LLP
125 Broad Street
New York, NY 10004

D. Is delivery address different from item 1?  ☐ Yes
If YES, enter delivery address below:  ☐ No

3. Service Type
☐ Certified Mail  ☐ Express Mail
☐ Registered  ☐ Return Receipt for Merchandis
☐ Insured Mail  ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)  ☐ Yes

2. Artic
(Trar

PS For

02595-02-M-15

UNITED STATES POSTAL SERVICE

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

- Sender: Please print your name, address, and ZIP+4 in this box •

Chimicles & Tikellis LLP
ONE Rodney SQuare
P.O. Box 1035
WILMINGTON, DE 19899

B009

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X

☐ Agent
☐ Addressee

B. Received by ( Printed Name )

C. Date of Delivery

1. Article Addressed to:

MARY M. Boies
C/o Rick Pepperman
Sullivan & Cromwell LLP
125 Broad Street
New York, NY 10004

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:  ☐ No

3. Service Type
☐ Certified Mail   ☐ Express Mail
☑ Registered       ☐ Return Receipt for Merchandise
☐ Insured Mail     ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article
(Tra

PS Form

02595-02-M-154

**UNITED STATES POSTAL SERVICE**

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

• Sender: Please print your name, address, and ZIP+4 in this box •

Chimicles + Tikellis LLP
ONE Rodney Square
P.O. Box 1035
Wilmington DE 19899

B003

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Benjamin R. Civiletti
c/o Rick Pepperman
Sullivan & Cromwell LLP
125 Broad Street
New York, NY 10004

2. Artic
(Tran

PS For

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _____  ☐ Agent  ☐ Addressee

B. Received by ( Printed Name)   C. Date of Deliver

D. Is delivery address different from item 1?  ☐ Yes
If YES, enter delivery address below:  ☐ No

3. Service Type
☐ Certified Mail   ☐ Express Mail
☑ Registered   ☐ Return Receipt for Merchandis
☐ Insured Mail   ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

J2595-02-M-15

---

UNITED STATES POSTAL SERVICE

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

• Sender: Please print your name, address, and ZIP+4 in this box •

Chimicles + Tikellis LLP
One Rodney Square
P.O. Box 1035
Wilmington, DE 19899

B003

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

WILLIAM L. Jews
c/o Rick Pepperman
Sullivan & Cromwell LLP
125 Broad Street
New York, NY 10004

2. Artic
   (Tran

PS For

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature

X ☐ Agent
   ☐ Addressee

B. Received by ( Printed Name )    C. Date of Deliver

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:  ☐ No

3. Service Type
   ☐ Certified Mail   ☐ Express Mail
   ☑ Registered       ☐ Return Receipt for Merchandis
   ☐ Insured Mail     ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)    ☐ Yes

)2595-02-M-15:

UNITED STATES POSTAL SERVICE

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

• Sender: Please print your name, address, and ZIP+4 in this box •

Chimicles + Tikellis LLP
ONE Rodney Square
P.O. Box 1035
WILMINGTON DE 19899

B033

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Randolph D. Lerner
c/o Rick Pepperman
Sullivan+ Cromwell LLP
125 Broad Street
New York, NY 10004

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X

☐ Agent
☐ Addressee

B. Received by (Printed Name)

C. Date of Delivery

D. Is delivery address different from item 1?  ☐ Yes
If YES, enter delivery address below:  ☐ No

3. Service Type
☐ Certified Mail   ☐ Express Mail
☑ Registered   ☐ Return Receipt for Merchandise
☐ Insured Mail   ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article
(Tra

PS For

02595-02-M-15

UNITED STATES POSTAL SERVICE

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

• Sender: Please print your name, address, and ZIP+4 in this box •

Chimicles + Tikellis LLP
ONE Rodney Square
P.O. Box 1035
Wilmington DE 19899

B003

UNITED STATES POSTAL SERVICE

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

• Sender: Please print your name, address, and ZIP+4 in this box •

Chimicles + Tikellis LLP
ONE Rodney SQuare
P.O. Box 1035
WILMINGTON, DE 19899

B003

**SENDER: COMPLETE THIS SECTION**

■ Complete items 1, 2, and 3. Also complete
item 4 if Restricted Delivery is desired.
■ Print your name and address on the reverse
so that we can return the card to you.
■ Attach this card to the back of the mailpiece,
or on the front if space permits.

1. Article Addressed to:

STUART L. MARKOWITz
c/o Rick Pepperman
Sullivan + Cromwell LLP
125 Broad Street
New York, NY 10004

2. Artic
(Trai

PS For

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature

X                    □ Agent
                     □ Address

B. Received by ( Printed Name )    C. Date of Delive

D. Is delivery address different from item 1?   □ Yes
   If YES, enter delivery address below:        □ No

3. Service Type
   □ Certified Mail    □ Express Mail
   ☑ Registered       □ Return Receipt for Merchandi
   □ Insured Mail     □ C.O.D.

4. Restricted Delivery? (Extra Fee)    □ Yes

02595-02-M-1

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Laura S. Unger
C/o Rick Pepperman
Sullivan & Cromwell LLP
125 Broad Street
New York, NY 10004

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature

X _____    ☐ Agent  ☐ Addressee

B. Received by ( Printed Name )    C. Date of Deliver

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:  ☐ No

3. Service Type
☐ Certified Mail   ☐ Express Mail
☑ Registered       ☐ Return Receipt for Merchandis
☐ Insured Mail     ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Arti
(Tra

PS Fo

02595-02-M-15

---

**UNITED STATES POSTAL SERVICE**

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

• Sender: Please print your name, address, and ZIP+4 in this box •

Chimicles & Tikellis LLP
ONE Rodney SQuare
P.O. Box 1035
Wilmington, DE 19899

B009

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Thomas G. Murdough
c/o Rick Pepperman
Sullivan + Cromwell LLP
125 Broad Street
New York, NY 10004

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature

X ☐ Agent  ☐ Addressee

B. Received by ( Printed Name )    C. Date of Delivery

D. Is delivery address different from item 1?  ☐ Yes
If YES, enter delivery address below:  ☐ No

3. Service Type
☐ Certified Mail    ☐ Express Mail
☒ Registered    ☐ Return Receipt for Merchandise
☐ Insured Mail    ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)    ☐ Yes

2. Article
(Transfer

PS Form

2595-02-M-15

---

UNITED STATES POSTAL SERVICE

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

• Sender: Please print your name, address, and ZIP+4 in this box •

Chimicles + Tikellis LLP
ONE Rodney Square
P.O. Box 1035
WILMINGTON, DE 19899

B003