UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| LEMON BAY PARTNERS, LLP, | ) <br> ) <br> ) |
| Plaintiff, | ) <br> ) |
| v. | )    **Civil Action No. 05-00327-GMS** <br> ) |
| BRUCE L. HAMMONDS, et al. | ) <br> ) |
| Defendants | ) <br> ) |
| and | ) <br> ) |
| MBNA CORPORATION, | ) <br> ) |
| Nominal Defendant. | ) |

**MOTION AND ORDER**
**FOR ADMISSION PRO HAC VICE**

Pursuant to Local Rule 83.5(c) and the attached certification, Richard H. Morse moves

for the admission *pro hac vice* of Richard C. Pepperman II, Esquire to represent nominal

defendant MBNA Corporation, and defendants Bruce L. Hammonds, Kenneth A. Vecchione,

Richard K. Struthers, John R. Cochran, III,  Lance L. Weaver, Charles C. Krulak, Michael G.

Rhodes and John W. Scheflen in this matter.

YOUNG CONAWAY STARGATT & TAYLOR, LLP


*Richard H. Morse*

Richard H. Morse (No. 531)
The Brandywine Building, 17th Floor
1000 West Street
P.O. Box 391
Wilmington, Delaware 19899
(302) 571-6651
rmorse@ycst.com

Attorneys for Nominal Defendant MBNA Corporation and
Defendants Bruce L. Hammonds, Kenneth A. Vecchione,
Richard K. Struthers, John R. Cochran, III, Lance L. Weaver,
Charles C. Krulak, Michael G. Rhodes and John W. Scheflen


DATED:  August 18, 2005


## ORDER GRANTING MOTION


IT IS HEREBY ORDERED counsel's motion for admission *pro hac vice* is granted.


_____
Judge Gregory M. Sleet


DATED:  _____

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am

admitted, practicing and in good standing as a member of the Bar of the State of New York, and,

pursuant to Local Rule 83.6, submit to the disciplinary jurisdiction of this Court for any alleged

misconduct which occurs in the preparation or course of this action. I also certify I am generally

familiar with this Court's Local Rules. In accordance with Standing Order for District Court

Fund effective January 1, 2005, I further certify that the fee payment of $25.00 will be submitted

to the Clerk's Office upon the filing of this motion.


SULLIVAN & CROMWELL LLP

Richard C. Pepperman, II
125 Broad Street
New York, NY  10004-2498
(212) 558-4000


DATED:  August 17, 2005

## CERTIFICATE OF SERVICE

I, Richard H. Morse, hereby certify that on August 18, 2005, I caused to be electronically filed a true and correct copy of the foregoing document with the Clerk of Court using CM/ECF which will send notification that such filing is available for viewing and downloading to the following counsel of record:

> Pamela S. Tikellis, Esquire
> A. Zachary Naylor, Esquire
> Chimicles & Tikellis LLP
> One Rodney Square
> P.O. Box 1035
> Wilmington, DE 19899

I further certify that on August 18, 2005, I caused copies of the foregoing document to be served on the following counsel of record in the manner indicated:

### BY E-MAIL

> Edward P. Welch, Esquire
> Seth M. Beausang, Esquire
> Skadden Arps Slate Meagher & Flom LLP
> One Rodney Square
> P.O. Box 636
> Wilmington, DE 19899

YOUNG CONAWAY STARGATT & TAYLOR, LLP

*Richard H. Morse*

Richard H. Morse (I.D. No. 531)
17th Floor, Brandywine Building
1000 West Street
P.O. Box 391
Wilmington, Delaware 19899-0391
(302) 571-6651
rmorse@ycst.com

Attorneys for Nominal Defendant MBNA Corporation and Defendants Bruce L. Hammonds, Kenneth A. Vecchione, Richard K. Struthers, John R. Cochran, III, Lance L. Weaver, Charles C. Krulak, Michael G. Rhodes and John W. Scheflen