CERTIFICATE OF SERVICE

I, Seth M. Beausang, hereby certify that on August 23, 2005, I electronically filed the Motion And Order For Admission Pro Hac Vice with the Clerk of the Court using CM/ECF which will send notification of such filing to the following:

**By CM/ECF**

Pamela S. Tikellis, Esq.
Chimicles & Tikellis LLP
One Rodney Square
Wilmington, DE 19801

/s/ Seth M. Beausang
Seth M. Beausang (I.D. #4071)

425693-Wilmington S1A