# Chimicles & Tikellis LLP

ATTORNEYS AT LAW

One Rodney Square
P.O. Box 1035
Wilmington DE 19899
Telephone: {302} 656.2500
Telecopier: {302} 656.9053
E-mail: Mail@Chimicles.com

August 23, 2005

Nicholas E. Chimicles
Pamela S. Tikellis *
James R. Malone, Jr.
Michael D. Gottsch
Robert J. Kriner, Jr. *
Steven A. Schwartz
M. Katherine Meermans
Candice L.H. Hegedus
Joseph G. Sauder
Kimberly M. Donaldson
Daniel B. Scott
Fatema E.F. Burkey
Robert R. Davis *
Kimberly M. Litman
Timothy N. Mathews
A. Zachary Naylor *
Timothy P. Briggs

OF COUNSEL
Morris M. Shuster
Denise Davis Schwartzman
Anthony Allen Geyelin

*Attorneys admitted to
practice in Delaware

The Honorable Gregory M. Sleet
United States District Court
844 North King Street
Lock Box 19
Wilmington, DE 19801

RE: **Lemon Bay Partners, LLP v. Hammonds, et al.,
Civil Action No. 05-327-GMS; and Donald F. Benoit
v. Hammonds, et al., Civil Action No. 05-361-GMS**

Dear Judge Sleet:

The parties are filing together with this letter a proposed Stipulated Order Consolidating Actions and Appointing Co-Lead Counsel. Pursuant to Rule 42(a) of the Federal Rules of Civil Procedure, the proposed order consolidates the two closely-related derivative actions pending before the Court, Lemon Bay Partners, LLP v. Bruce L. Hammonds, et al., Civil Action No. 05-327-GMS, and Donald F. Benoit v. Bruce L. Hammonds, et al., Civil Action No. 05-361-GMS. The proposed order would establish a comprehensive, agreed-upon schedule that would result in substantial efficiencies both for the Court and the parties and that would facilitate coordination with the other related actions pending before this Court.

If Your Honor has any questions, I am available at the convenience of the Court.

Respectfully,

Robert R. Davis (I.D. No. 4536)

RRD/rpm
cc: District Court Clerk (by e-file)
    Richard H. Morse, Esquire (by e-file)
    Edward P. Welch, Esquire (by e-file)

HAVERFORD OFFICE

One Haverford Centre
361 West Lancaster Avenue
Haverford, PA 19041
Telephone: {610} 642.8500
Telecopier: {610} 649.3633