UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE MBNA CORPORATION<br>DERIVATIVE AND CLASS LITIGATION | Lead Case No. 1:05-cv-00327-GMS |
| This Document Relates To:<br><br>ALL ACTIONS. | |

## STIPULATION TO EXTEND TIME TO FILE
## CONSOLIDATED DERIVATIVE AND CLASS COMPLAINT

Plaintiffs and defendants, by and through their respective counsel, hereby stipulate and agree, subject to the approval of the Court, that the deadline for plaintiffs to file their Consolidated Derivative and Class Complaint is hereby extended through and including November 21, 2005.

Plaintiffs request this time to review MBNA Corporation's September 19, 2005 Proxy Statement related to the claims in the instant action with Plaintiffs' expert and to examine MBNA's recently released results for the quarter ending September 30, 2005.

CHIMICLES & TIKELLIS LLP

_____
Pamela S. Tikellis (#2172)
Robert J. Kriner, Jr. (#2546)
A. Zachary Naylor (#4439)
Robert R. Davis (#4536)
One Rodney Square
P.O. Box 1035
Wilmington, DE 19899
302-656-2500 (telephone)
302-656-9053 (facsimile)

Attorneys for Plaintiffs

OF COUNSEL:

PASKOWITZ & ASSOCIATES
Laurence Paskowitz
60 East 42nd Street, 46th Floor
New York, NY 10165
212-685-0969 (telephone)
212-685-2306 (facsimile)

ROBBINS UMEDA & FINK, LLP
Brian J. Robbins
Jeffrey P. Fink
610 West Ash Street, Suite 1800
San Diego, CA 92101
619-525-3990 (telephone)
619-525-3991 (facsimile)

YOUNG CONAWAY STARGATT &
TAYLOR, LLP

*Richard Morse by Mary K.* #3109

Richard H. Morse (#531)
1000 West Street, 17th Floor
P.O. Box 391
Wilmington, DE 19899
302-571-6600 (telephone)
302-576-3319 (facsimile)

Counsel for nominal defendant MBNA
Corporation and defendants Bruce L.
Hammonds, Kenneth A. Vecchione, Richard
K. Struthers, John R. Cochran, III, Lance L.
Weaver, Charles C. Krulak, Michael G.
Rhodes and John W. Scheflen

OF COUNSEL:

SULLIVAN & CROMWELL LLP
Richard C. Pepperman, II
125 Broad Street
New York, New York 10004
212-558-4000 (telephone)
212-558-3588 (facsimile)

                                        SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP

*/s/ Edward P. Welch*
_____
Edward P. Welch (#671)
One Rodney Square
P.O. Box 636
Wilmington, DE  19899
302-651-3060 (telephone)
302-651-3001 (facsimile)

Counsel for defendants James H. Berick, Mary M. Boies, Benjamin R. Civiletti, William L. Jews, Randolph D. Lerner, Stuart L. Markowitz, William B. Milstead, Laura S. Unger and Thomas G. Murdough

OF COUNSEL:

SKADDEN, ARPS, SLATE, MEAGHER & FLOM, LLP
Jay B. Krasner
Four Times Square
New York, NY  10036
212-735-3000 (telephone)
212-735-2000 (facsimile)

## ORDER

The above stipulation having been considered, and good cause appearing therefore, IT IS SO ORDERED.

_____          _____
DATED                                                        HONORABLE GREGORY M. SLEET
                                                                        DISTRICT COURT JUDGE