# Exhibit A

Case 1:05-cv-00327-GMS   Document 31-2   Filed 11/21/2005   Page 1 of 3

## VERIFICATION

I, Robert Garfield, as General Partner of Lemon Bay Partners, LLP, do hereby verify, under pain and penalty of perjury under the laws of the United States, that I have read the foregoing derivative and class complaint and that, upon personal knowledge, the allegations as to Lemon Bay Partners, LLP and its own acts are true and correct and that I believe all other allegations, as pled by our attorneys, to be true and correct, to the best of my knowledge and belief.

Executed this 17th day of November, 2005

*/s/ Robert Garfield*
Robert Garfield
General Partner
Lemon Bay Partners, LLP

## VERIFICATION

I, JEFFREY P. FINK, hereby declare as follows:

1. I am a member of the law firm of Robbins Umeda & Fink, LLP, Court appointed Co-Lead Counsel for plaintiffs in the above entitled action.

2. I have read the foregoing complaint and know the contents thereof. I am informed and believe the matters therein are true and on that ground allege that the matters stated therein are true.

2. I make this Verification because plaintiffs are absent from the County of San Diego where I maintain my office.

Executed this 26 day of November, 2005, at San Diego, California

_____
JEFFREY P. FINK