UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

---------------------------------------------------x
IN RE MBNA CORPORATION          :
DERIVATIVE AND CLASS            :
LITIGATION                      :   Lead Case No. 1:05-cv-00327-GMS
                                :
_____:
                                :
This Document Relates To:       :
                                :
ALL ACTIONS.                    :
                                :
                                :
---------------------------------------------------x

## STIPULATION AND ORDER

**WHEREAS** plaintiffs filed a Consolidated Amended Shareholders' Class and Derivative Complaint in these actions on November 21, 2005,

**WHEREAS** that consolidated amended complaint adds Kenneth D. Lewis as a defendant and Bank of America Corporation as a nominal defendant,

**WHEREAS** the parties previously submitted a Stipulated Order Consolidating Actions and Appointing Co-Lead Counsel that was entered by the Court on August 25, 2005,

**WHEREAS** under the schedule established by that Stipulated Order, the original defendants' response to the consolidated amended complaint is currently due on January 20, 2006,

**WHEREAS** the parties agree that it is most efficient for all defendants to respond to the consolidated amended complaint on the same date,

**IT IS HEREBY STIPULATED AND AGREED,** by and between the undersigned counsel for the parties herein and subject to the Order of this Court, that

defendant Kenneth M. Lewis and nominal defendant Bank of America Corporation shall have until January 20, 2006 to answer, move to dismiss or otherwise respond to the Consolidated Amended Shareholders' Class and Derivative Complaint.

December 9, 2005

YOUNG CONAWAY STARGATT & TAYLOR, LLP
RICHARD H. MORSE (No. 531)
1000 West Street, 17th Floor
P.O. Box 391
Wilmington, Delaware 19899
Telephone: (302) 571-6600
Facsimile: (302) 576-3319

By: *Richard H. Morse*
    RICHARD H. MORSE

Of Counsel:
SULLIVAN & CROMWELL LLP
RICHARD C. PEPPERMAN, II
125 Broad Street
New York, New York 10004
Telephone: (212) 558-4000
Facsimile: (212) 558-3588

Attorneys for nominal defendants MBNA Corporation
and Bank of America Corporation and defendants
Bruce L. Hammonds, Kenneth A. Vecchione, Richard
K. Struthers, John R. Cochran, III, Lance L. Weaver,
Charles C. Krulak, Michael G. Rhodes, John W. Scheflen
and Kenneth D. Lewis

-3-

CHIMICLES & TIKELLIS, LLP
PAMELA S. TIKELLIS (No. 2172)
ROBERT J. KRINER, JR. (No. 2546)
A. ZACHARY NAYLOR (No. 4439)
ROBERT R. DAVIS (No. 4536)
One Rodney Square
P.O. Box 1035
Wilmington, Delaware 19899
Telephone: (302) 656-2500
Facsimile: (302) 656-9053

By: _____
       ROBERT R. DAVIS

Attorneys for Plaintiffs


SO ORDERED, this ____ day of December, 2005



_____
United States District Judge