IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

------------------------------------------------------------x
IN RE MBNA CORPORATION            :
DERIVATIVE AND CLASS              :
LITIGATION                        :  Lead Case No. 1:05-cv-00327-GMS
                                  :
_____:
                                  :
This Document Relates To:         :
                                  :
ALL ACTIONS.                      :
                                  :
------------------------------------------------------------x


---------------------------------------------- X
MALCOLM ROSENWALD,                :  Case No. 1:05-cv-00692-GMS
                                  :
        Plaintiff,                :
                                  :
    v.                            :
                                  :
LAURA S. UNGER, BENJAMIN R.       :
CIVILETTI, WILLIAM H. JEWS,       :
JAMES H. BERICK, MARY H.          :
BOIES, BRUCE L. HAMMONS,          :
RANDOLPH C. LERNER, STUART        :
L. MARKOWITZ, AND THOMAS G.       :
MURDOUCH, JR.,                    :
                                  :
        Defendants,               :
                                  :
MBNA CORPORATION,                 :
                                  :
        Nominal Defendant.        :
---------------------------------------------- X

**CONSOLIDATION ORDER**

2

Upon Plaintiffs' Unopposed Motion to Consolidate Cases, IT IS HEREBY ORDERED that Plaintiffs' motion is GRANTED and *Rosenwald v. Unger, et al.* (05-cv-00692-GMS) is consolidated as part of *In re MBNA Corporation Derivative and Class Litigation* (05-cv-00327-GMS).

Date: _____    _____
                                  United States District Judge