## CERTIFICATE OF SERVICE

I, Robert R. Davis, do hereby certify that on this 6th day of January, 2006, I caused copies of the foregoing Unopposed Motion to Consolidate Cases and Proposed Order to be served on the following counsel addressed by electronic filing as follows:

Richard H. Morse
Young Conaway Stargatt & Taylor LLP
The Brandywine Building
1000 West Street, 17th Floor
P.O. Box 391
Wilmington, DE 19899

Edward P. Welch
Skadden, Arps, Slate, Meagher & Flom
One Rodney Square
P.O. Box 636
Wilmington, DE 19899

_____
Robert R. Davis (No. 4536)