IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

```
-------------------------------------------------x
IN RE MBNA CORPORATION            :
DERIVATIVE AND CLASS              :
LITIGATION                        :   Lead Case No. 1:05-cv-00327-GMS
                                  :
_____:
                                  :
This Document Relates To:         :
                                  :
ALL ACTIONS.                      :
                                  :
                                  :
-------------------------------------------------x


----------------------------------------  X
MALCOLM ROSENWALD,                :   Case No. 1:05-cv-00692-GMS
                                  :
        Plaintiff,                :
                                  :
   v.                             :
                                  :
LAURA S. UNGER, BENJAMIN R.       :
CIVILETTI, WILLIAM H. JEWS,       :
JAMES H. BERICK, MARY H.          :
BOIES, BRUCE L. HAMMONS,          :
RANDOLPH C. LERNER, STUART        :
L. MARKOWITZ, AND THOMAS G.       :
MURDOUCH, JR.,                    :
                                  :
        Defendants,               :
                                  :
MBNA CORPORATION,                 :
                                  :
        Nominal Defendant.        :
----------------------------------------  X
```

**CONSOLIDATION ORDER**

Upon Plaintiffs' Unopposed Motion to Consolidate Cases, IT IS HEREBY ORDERED that Plaintiffs' motion is GRANTED and *Rosenwald v. Unger, et al.* (05-cv-00692-GMS) is consolidated as part of *In re MBNA Corporation Derivative and Class Litigation* (05-cv-00327-GMS).

Date: Jan 12, 2006

United States District Judge

## CERTIFICATE OF SERVICE

I, Robert R. Davis, do hereby certify that on this 6th day of January, 2006, I caused copies of the foregoing Unopposed Motion to Consolidate Cases and Proposed Order to be served on the following counsel addressed by electronic filing as follows:

Richard H. Morse
Young Conaway Stargatt & Taylor LLP
The Brandywine Building
1000 West Street, 17th Floor
P.O. Box 391
Wilmington, DE 19899

Edward P. Welch
Skadden, Arps, Slate, Meagher & Flom
One Rodney Square
P.O. Box 636
Wilmington, DE 19899

Robert R. Davis (No. 4536)