IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE MBNA CORPORATION<br>DERIVATIVE AND CLASS LITIGATION<br><br>This Document Relates To:<br><br>ALL ACTIONS | Lead Case No. 1:05-cv-00327-GMS |

**MOTION OF NOMINAL DEFENDANTS MBNA CORPORATION
AND BANK OF AMERICA CORPORATION, THE MBNA "INSIDER
DEFENDANTS" AND DEFENDANTS RANDOLPH D. LERNER AND KENNETH
L. LEWIS TO DISMISS THE CONSOLIDATED AMENDED COMPLAINT**

Pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure, nominal defendants MBNA Corporation and Bank of America Corporation and defendants Bruce Hammonds, Kenneth Vecchione, Richard Struthers, John Cochran, III, Lance Weaver, Charles Krulak, Michael Rhodes John Scheflen, Randolph Lerner and Kenneth Lewis hereby move to dismiss plaintiffs' consolidated amended complaint in its entirety for failure to state a claim upon which relief can be granted.

The basis for this motion is set forth in the accompanying Opening Brief, and supported by the Affidavit of Richard C. Pepperman, II and the exhibits thereto.

                YOUNG CONAWAY STARGATT & TAYLOR, LLP

*/s/ Richard H. Morse*
Richard H. Morse (No. 531)
rmorse@ycst.com
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, Delaware 19801
(302) 571-6600

*Attorneys for nominal defendants MBNA Corporation and Bank of America Corporation and defendants Bruce L. Hammonds, Kenneth A. Vecchione, Richard K. Struthers, John R. Cochran, III, Lance L. Weaver, Charles C. Krulak, Michael G. Rhodes, John W. Scheflen, Randolph D. Lerner and Kenneth L. Lewis*

Of Counsel:

Richard J. Urowsky
Richard C. Pepperman II
Ryan C. Williams
SULLIVAN & CROMWELL LLP
125 Broad Street
New York, New York 10004
(212) 558-4000

January 20, 2006

## CERTIFICATE OF SERVICE

I, Richard H. Morse, hereby certify that on January 20, 2006, I caused to be electronically filed a true and correct copy of the foregoing document with the Clerk of Court using CM/ECF which will send notification that such filing is available for viewing and downloading to the following counsel of record:

> Robert R. Davis, Esquire
> A. Zachary Naylor, Esquire
> Chimicles & Tikellis LLP
> One Rodney Square
> P.O. Box 1035
> Wilmington, DE 19899

> Edward P. Welch, Esquire
> Seth M. Beausang, Esquire
> Skadden Arps Slate Meagher & Flom LLP
> One Rodney Square
> P.O. Box 636
> Wilmington, DE 19899

I further certify that on January 20, 2006, I also caused copies of the foregoing document to be served by hand on the above-listed counsel of record

> YOUNG CONAWAY STARGATT & TAYLOR, LLP
>
> /s/ Richard H. Morse
> Richard H. Morse (I.D. No. 531)
> 17th Floor, Brandywine Building
> 1000 West Street
> P.O. Box 391
> Wilmington, Delaware 19899-0391
> (302) 571-6651
> rmorse@ycst.com
>
> *Attorneys for Nominal Defendants MBNA Corporation and Bank of America Corporation and Defendants Bruce L. Hammonds, Kenneth A. Vecchione, Richard K. Struthers, John R. Cochran, III, Lance L. Weaver, Charles C. Krulak, Michael G. Rhodes, John W. Scheflen and Kenneth L. Lewis*

DB01:1815368.1                                                              064261.1001