IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE MBNA CORPORATION DERIVATIVE AND CLASS LITIGATION<br><br>This Document Relates To:<br><br>ALL ACTIONS | Lead Case No. 1:05-cv-00327-GMS |

**COMPENDIUM OF UNREPORTED OPINIONS**

Of Counsel:

Richard J. Urowsky
Richard C. Pepperman II
Ryan C. Williams
SULLIVAN & CROMWELL LLP
125 Broad Street
New York, New York  10004
(212) 558-4000

January 20, 2006

Richard H. Morse (No. 531)
rmorse@ycst.com
YOUNG CONAWAY STARGATT &
TAYLOR, LLP
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, Delaware  19801
(302) 571-6600

*Attorneys for nominal defendants MBNA Corporation and Bank of America Corporation and defendants Bruce L. Hammonds, Kenneth A. Vecchione, Richard K. Struthers, John R. Cochran, III, Lance L. Weaver, Charles C. Krulak, Michael G. Rhodes, John W. Scheflen and Kenneth L. Lewis*

# INDEX

**Federal Cases**

1. *In re Compucom Systems, Inc. Stockholders Litig.*,
   No. Civ.A. 499-N, 2005 WL 2481325 (Del. Ch. Sept. 29, 2005)

2. *DiLorenzo v. Edgar*, No. Civ. 03-841-SLR,
   2004 WL 609374 (D. Del. Mar. 24, 2004)

3. *Jolly Roger Fund, L.P. v. Sizeler Prop. Investors, Inc.*, No. RDB 05-841,
   2005 WL 2989343 (D. Md. Nov. 3, 2005)

4. *In re Merck & Co. Sec. Litig.*, No. 04-3298,
   2005 WL 3436619 (3d Cir. Dec. 15, 2005)

5. *In re Vicuron Pharms., Inc. Securities Litig.*, No. 04-2627,
   2005 WL 2989674 (E.D. Pa. July 1, 2005)

**State Cases**

6.. *Behrens v. United Investors Management Co.*,
   No. 12876, 1993 WL 400209, (Del. Ch. Oct. 1, 1993)

7. *Benning v. Wit Capital Group, Inc.*, No. Civ.A.99C-06-157 MMJ,
   2004 WL 3030005 (Del. Super. Nov. 30, 2004)

8. *Caruana v. Saligman*, Civ. A. No. 11135,
   1990 WL 212304, (Del. Ch. Dec. 21, 1990)

9. *Coates v. Netro Corp.*, No. 19154, No. Civ.A. 19154,
   2002 WL 31112340 (Del. Ch. Sept. 11, 2002)

10. *Decker v. Clausen*, Civ. A. Nos. 10,684 and 10,685,
    1989 WL 133617 (Del. Ch. Nov. 6, 1989)

11. *In re Frederick's of Hollywood, Inc. Shareholders Litig.*,
    C.A. No. 15944, 2000 WL 130630 (Del. Ch. Jan. 31, 2000)

12. *Hudson v. Prime Retail, Inc.*, No. 24-C-03-5806,
    2004 WL 1982383, (Md. Cir. Ct. Apr. 1, 2004)

13. *Jasinover v. Rouse Co.*, No. 13-C-04-59594,
    2004 WL 3135516 (Md. Cir. Ct. Nov. 1, 2004)

14. *Manzo v. Rite Aid, Inc.*, No. Civ. A. 18451-NC,
    2002 WL 31926606 (Del. Ch. Dec. 19, 2002)

15. *Official Comm. of Unsecured Creditors of Integrated Health Servs., Inc.* v. *Elkins*, C.A. No. 20228, 2004 WL 1949290 (Del. Ch. Aug. 24, 2004)

16. *In re Ply Gem Industrial S'holders Litig.*, No. 15779, 2001 WL 755133 (Del. Ch. June 26, 2001)

17. *TCG Sec., Inc.* v. *Southern Union Co.*, No. 1282, 1990 WL 7525 (Del. Ch. Jan. 31, 1990)

18. *In re Vitalink Committees S'holders Litig.*, No. 12085, 1991 WL 238816 (Del. Ch. Nov. 8, 1991)

## CERTIFICATE OF SERVICE

I, Richard H. Morse, hereby certify that on January 20, 2006, I caused to be electronically filed a true and correct copy of the foregoing document with the Clerk of Court using CM/ECF which will send notification that such filing is available for viewing and downloading to the following counsel of record:

>Robert R. Davis, Esquire
>A. Zachary Naylor, Esquire
>Chimicles & Tikellis LLP
>One Rodney Square
>P.O. Box 1035
>Wilmington, DE 19899
>
>Edward P. Welch, Esquire
>Seth M. Beausang, Esquire
>Skadden Arps Slate Meagher & Flom LLP
>One Rodney Square
>P.O. Box 636
>Wilmington, DE 19899

I further certify that on January 20, 2006, I also caused copies of the foregoing document to be served by hand on the above-listed counsel of record

>YOUNG CONAWAY STARGATT & TAYLOR, LLP
>
>*/s/ Richard H. Morse*
>Richard H. Morse (I.D. No. 531)
>17th Floor, Brandywine Building
>1000 West Street
>P.O. Box 391
>Wilmington, Delaware 19899-0391
>(302) 571-6651
>rmorse@ycst.com
>
>*Attorneys for Nominal Defendants MBNA Corporation and Bank of America Corporation and Defendants Bruce L. Hammonds, Kenneth A. Vecchione, Richard K. Struthers, John R. Cochran, III, Lance L. Weaver, Charles C. Krulak, Michael G. Rhodes, John W. Scheflen and Kenneth L. Lewis*