IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

```
------------------------------------------------x
IN RE MBNA CORPORATION              :
DERIVATIVE AND CLASS                :    Lead Case No. 1:05-cv-00327-
LITIGATION                          :    GMS
                                    :
_____    
This Document Relates To:           :
ALL ACTIONS.                        :    CLASS AND DERIVATIVE
                                    :    ACTION
------------------------------------------------x
```

## MOTION TO DISMISS

Defendants James H. Berick, Mary M. Boies, Benjamin R. Civiletti, William L. Jews, Stuart L. Markowitz, William B. Milstead, Thomas G. Murdough and Laura S. Unger (collectively, the "Outside Directors") hereby move, through their undersigned counsel, to dismiss the Consolidated Amended Shareholders' Class and Derivative Complaint pursuant to Rules 23.1, 12(b)(6) and 9(b) of the Federal Rules of Civil Procedure, for reasons more fully set forth in a brief filed herewith.

/s/ Edward P. Welch
Edward P. Welch (I.D. # 671)
Edward B. Micheletti (I.D. # 3794)
SKADDEN, ARPS, SLATE,
  MEAGHER & FLOM LLP
One Rodney Square
P.O. Box 636
Wilmington, Delaware 19899
(302) 651-3000
Attorneys for the MBNA
Outside Director Defendants

Of Counsel:
Jay B. Kasner
Susan L. Saltzstein
SKADDEN, ARPS, SLATE,
  MEAGHER & FLOM LLP
4 Times Square
New York, New York 10036-6522
(212) 735-3000

DATED: January 20, 2006

442053.01-Wilmington Server 1A - MSW