IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------x
IN RE MBNA CORPORATION            :
DERIVATIVE AND CLASS              :    Lead Case No. 1:05-cv-00327-
LITIGATION                        :    GMS
                                  :
_____
This Document Relates To:         :
ALL ACTIONS.                      :    CLASS AND DERIVATIVE
                                  :    ACTION
---------------------------------------------------------x

## ORDER GRANTING MOTION TO DISMISS

Upon consideration of the Motion to Dismiss the Amended Complaint pursuant to Rules 23.1, 12(b)(6) and 9(b) of the Federal Rules of Civil Procedure,

IT IS HEREBY ORDERED this ___ day of _____, 2006, that the MBNA Outside Director Defendants' Motion to Dismiss is GRANTED.

_____
GREGORY M. SLEET
UNITED STATES DISTRICT JUDGE