## CERTIFICATE OF SERVICE

I, Edward B. Micheletti, hereby certify that on January 20, 2006, I electronically filed the Opening Brief In Support of The MBNA Outside Director Defendants' Motion To Dismiss and Compendium of Unreported Opinions with the Clerk of Court using CM/ECF, which will send notification of such filing to those designated below, and that I served the following persons in the manner listed:

**VIA CM/ECF**
Richard H. Morse, Esq.
YOUNG CONAWAY STARGATT
  & TAYLOR
The Brandywine Building
1000 West Street, 17th Floor
P.O. Box 391
Wilmington, DE 19899

**VIA CM/ECF**
Pamela S. Tikellis, Esq.
CHIMICLES & TIKELLIS, LLP
One Rodney Square
P.O. Box 1035
Wilmington, DE 19899

/s/ Edward B. Micheletti
Edward B. Micheletti (ID No. 3794)
SKADDEN, ARPS, SLATE,
  MEAGHER & FLOM LLP
One Rodney Square
P.O. Box 636
Wilmington, Delaware 19899
(302) 651-3000
emich@skadden.com

442119.01-Wilmington S1A