IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------x
IN RE MBNA CORPORATION         :
DERIVATIVE AND CLASS           :    Lead Case No. 1:05-cv-00327-
LITIGATION                     :    GMS
                               :
_____
                               :
This Document Relates To:      :
ALL ACTIONS.                   :    CLASS AND DERIVATIVE
                               :    ACTION
                               :
---------------------------------------------------x

## WITHDRAWAL OF APPEARANCE

The law firm of Skadden, Arps, Slate, Meagher & Flom LLP and its attorneys of record hereby withdraw as attorneys for defendant Randolph Lerner in the above-titled action. Defendant Lerner remains represented by the law firms of Young, Conaway, Stargatt &Taylor, LLP and Sullivan and Cromwell LLP.

DATED: February 14, 2006

_____
Edward P. Welch (I.D. # 671)
Edward B. Micheletti (I.D. #3794)
SKADDEN, ARPS, SLATE,
 MEAGHER & FLOM LLP
One Rodney Square
P.O. Box 636
Wilmington, Delaware 19899
(302) 651-3000

_____
Richard H. Morse (I.D. # 531)
YOUNG CONAWAY STARGATT
& TAYLOR, LLP
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, Delaware 19801
(302) 571-6600

_/s/ Richard C. Pepperman, II_
Richard J. Urowsky
Richard C. Pepperman, II
Ryan C. Williams
SULLIVAN & CROMWELL LLP
125 Broad Street
New York, New York 10004
(212) 558-4000