## CERTIFICATE OF SERVICE

I, Edward P. Welch, hereby certify that on February 14, 2006, I

electronically filed the Withdrawal of Appearance for Defendant Randolph Lerner

with the Clerk of Court using CM/ECF, which will send notification of such filing to

those designated below, and that I served the following persons in the manner listed:


**VIA CM/ECF**
Richard H. Morse, Esq.
YOUNG CONAWAY STARGATT
  & TAYLOR
The Brandywine Building
1000 West Street, 17th Floor
P.O. Box 391
Wilmington, DE  19899

**VIA CM/ECF**
Pamela S. Tikellis, Esq.
CHIMICLES & TIKELLIS, LLP
One Rodney Square
P.O. Box 1035
Wilmington, DE  19899


 

/s/ Edward P. Welch
Edward P. Welch (ID No. 671)
SKADDEN, ARPS, SLATE,
  MEAGHER & FLOM LLP
One Rodney Square
P.O. Box 636
Wilmington, Delaware 19899
(302) 651-3000
ewelch@skadden.com

442122.01-Wilmington S1A