## CERTIFICATE OF SERVICE

I, Robert R. Davis, do hereby certify that on this 15th day of February, 2006, I

caused copies of the foregoing Plaintiffs' Unopposed Motion to Exceed Page Limitation

and Proposed Order to be served on the following counsel addressed by electronic filing

as follows:

Richard H. Morse
Young Conaway Stargatt & Taylor LLP
The Brandywine Building
1000 West Street, 17th Floor
P.O. Box 391
Wilmington, DE 19899

Edward P. Welch
Skadden, Arps, Slate, Meagher & Flom
One Rodney Square
P.O. Box 636
Wilmington, DE 19899

Robert R. Davis (No. 4536)