IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

---------------------------------------------------x
IN RE MBNA CORPORATION          :
DERIVATIVE AND CLASS            :
LITIGATION                      :  Lead Case No. 1:05-cv-00327-GMS
                                :
_____:
                                :
This Document Relates To:       :
                                :
ALL ACTIONS.                    :
                                :
---------------------------------------------------x

## ORDER

IT IS SO ORDERED, this ___ day of February, 2006 that Plaintiffs' Motion to Exceed Page Limitation is hereby granted. Plaintiffs shall file a consolidated answering brief not in excess of seventy-five pages in response to the Motion to Dismiss filed by Bank of America Corp. et al. (D. I. 38) and the Motion to Dismiss filed by James H. Berick et al. (D. I. 42).

Date: _____                    _____
                                          United States District Judge