## CERTIFICATE OF SERVICE

I, Robert R. Davis, do hereby certify that on this 6th day of March, 2006, I caused copies of the foregoing Plaintiffs' Brief in Opposition to Defendants' Motions to Dismiss and Compendium of Unreported Opinions to be served on the following counsel addressed by electronic filing as follows:

Richard H. Morse
Young Conaway Stargatt & Taylor LLP
The Brandywine Building
1000 West Street, 17th Floor
P.O. Box 391
Wilmington, DE 19899

Edward P. Welch
Skadden, Arps, Slate, Meagher & Flom
One Rodney Square
P.O. Box 636
Wilmington, DE 19899

_____
Robert R. Davis (No. 4536)