IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE MBNA CORPORATION DERIVATIVE AND CLASS LITIGATION<br><br>This Document Relates To:<br><br>ALL ACTIONS | Lead Case No. 1:05-cv-00327-GMS |

### AFFIDAVIT OF RICHARD C. PEPPERMAN, II

STATE OF NEW YORK    )
                     : ss.
COUNTY OF NEW YORK   )

RICHARD C. PEPPERMAN, II, being duly sworn, deposes and says:

1. I am a member of the Bar of the State of New York and of Sullivan & Cromwell LLP, counsel for certain defendants in this action. I submit this second affidavit to provide the Court with materials cited in the Reply Brief of Nominal Defendants MBNA Corporation and Bank of America Corporation, the MBNA "Insider Defendants" and Defendants Randolph D. Lerner and Kenneth L. Lewis in Support of Their Motion to Dismiss.

2. Attached hereto as Exhibit A is a true and correct copy of Chapter Law 300 from the 1999 Laws of Maryland.

3. Attached hereto as Exhibit B is a true and correct copy of an article published in the June 20, 2005 issue of *Business Week*, entitled "One Tough Card Game; MBNA's Stock is Down 25% This Year, and It's Suddenly a Takeover Candidate," by Amy Barnett and Mike McNamee. This article is cited in paragraphs 15 and 181 of

plaintiffs' Consolidated Amended Class and Derivative Complaint. In paragraph 15 of that complaint, plaintiffs allege that the June 20, 2005 issue of *Business Week* "came out on June 13, 2005."

Richard C. Pepperman, II

Sworn to before me
on this 5th day of April, 2006

Notary Public

[illegible]
Notary Public, State of New York
No. [illegible]
Qualified in [illegible] County
Certificate Filed in New York County
Commission Expires Dec. 13, [illegible]

## CERTIFICATE OF SERVICE

I, Richard H. Morse, hereby certify that on April 5, 2006, I caused to be electronically filed a true and correct copy of the foregoing document with the Clerk of Court using CM/ECF which will send notification that such filing is available for viewing and downloading to the following counsel of record:

> Robert R. Davis, Esquire
> A. Zachary Naylor, Esquire
> Chimicles & Tikellis LLP
> One Rodney Square
> P.O. Box 1035
> Wilmington, DE 19899
>
> Edward P. Welch, Esquire
> Seth M. Beausang, Esquire
> Skadden Arps Slate Meagher & Flom LLP
> One Rodney Square
> P.O. Box 636
> Wilmington, DE 19899

I further certify that on April 5, 2006, I also caused copies of the foregoing document to be served by hand on the above-listed counsel of record.

> YOUNG CONAWAY STARGATT & TAYLOR, LLP
>
> /s/ Richard H. Morse
> Richard H. Morse (I.D. No. 531)
> 17th Floor, Brandywine Building
> 1000 West Street
> P.O. Box 391
> Wilmington, Delaware 19899-0391
> (302) 571-6651
> rmorse@ycst.com
>
> *Attorneys for Nominal Defendants MBNA Corporation and Bank of America Corporation and Defendants Bruce L. Hammonds, Kenneth A. Vecchione, Richard K. Struthers, John R. Cochran, III, Lance L. Weaver, Charles C. Krulak, Michael G. Rhodes, John W. Scheflen, Randolph D. Lerner and Kenneth L. Lewis*