# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE MBNA CORPORATION DERIVATIVE AND CLASS LITIGATION | Lead Case No. 1:05-cv-00327-GMS |
| This Document Relates To: ALL ACTIONS | |

## COMPENDIUM OF UNREPORTED OPINIONS

Richard H. Morse (No. 531)
rmorse@ycst.com
YOUNG CONAWAY STARGATT &
TAYLOR, LLP
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, Delaware  19801
(302) 571-6600

*Attorneys for nominal defendants MBNA Corporation and Bank of America Corporation and defendants Bruce L. Hammonds, Kenneth A. Vecchione, Richard K. Struthers, John R. Cochran, III, Lance L. Weaver, Charles C. Krulak, Michael G. Rhodes, John W. Scheflen, Randolph D. Lerner and Kenneth L. Lewis*

Of Counsel:

Richard J. Urowsky
Richard C. Pepperman II
Ryan C. Williams
SULLIVAN & CROMWELL LLP
125 Broad Street
New York, New York  10004
(212) 558-4000

April 5, 2006

# INDEX

## FEDERAL CASES

1. *Caven* v. *Miller* (*In re Paracelsus Sec. Litig.*), No. H-96-4291,
   1998 U.S. Dist. LEXIS 5484 (S.D. Tex. Mar. 7, 1998)

2. *Merrill Lynch, Pierce, Fenner & Smith, Inc.* v. *Dabit*,
   547 U.S. ___, 2006 WL 694137 (Mar. 21, 2006)

3. *Prince* v. *Palmer*, No. 04-5494, 148 Fed. Appx. 249,
   2005 WL 2174643 (6th Cir. July 13, 2005)

4. *Romero* v. *U.S. Unwired*, No. Civ. A. 04-2312,
   2005 WL 2050280 (E.D. La. Aug. 11, 2005)

## STATE CASES

5. *Abbey* v. *E.W. Scripps Corp.*, No. 13397,
   1995 WL 478957 (Del. Ch. Aug. 9, 2005)

6. *Alidina* v. *Internet.com Corp.*, No. 17235-NC,
   2002 WL 31584292 (Del. Ch. Nov. 6, 2002)

7. *Ash* v. *McCall*, No. Civ. A. 17132,
   2000 WL 1370341 (Del. Ch. Sept. 15, 2000)

8. *In re General Motors (Hughes) S'holder Litig.*, No. 20269,
   2005 WL 1089021 (Del. Ch. May 4, 2005)

9. *Rand* v. *Western Air Lines, Inc.*, No. 8632,
   1994 WL 89006 (Del. Ch. Feb. 25, 1994), *aff'd*, 659 A.2d 228 (Del. 1995)

10. *Yanow* v. *Scientific Leasing, Inc.*,
    1988 WL 8772 (Del. Ch. Feb. 8, 1988)

## CERTIFICATE OF SERVICE

I, Richard H. Morse, hereby certify that on April 5, 2006, I caused to be electronically filed a true and correct copy of the foregoing document with the Clerk of Court using CM/ECF which will send notification that such filing is available for viewing and downloading to the following counsel of record:

> Robert R. Davis, Esquire
> A. Zachary Naylor, Esquire
> Chimicles & Tikellis LLP
> One Rodney Square
> P.O. Box 1035
> Wilmington, DE 19899
>
> Edward P. Welch, Esquire
> Seth M. Beausang, Esquire
> Skadden Arps Slate Meagher & Flom LLP
> One Rodney Square
> P.O. Box 636
> Wilmington, DE 19899

I further certify that on April 5, 2006, I also caused copies of the foregoing document to be served by hand on the above-listed counsel of record.

YOUNG CONAWAY STARGATT & TAYLOR, LLP


Richard H. Morse (I.D. No. 531)
17th Floor, Brandywine Building
1000 West Street
P.O. Box 391
Wilmington, Delaware 19899-0391
(302) 571-6651
rmorse@ycst.com

*Attorneys for Nominal Defendants MBNA Corporation and Bank of America Corporation and Defendants Bruce L. Hammonds, Kenneth A. Vecchione, Richard K. Struthers, John R. Cochran, III, Lance L. Weaver, Charles C. Krulak, Michael G. Rhodes, John W. Scheflen, Randolph D. Lerner and Kenneth L. Lewis*