# SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP

ONE RODNEY SQUARE
P.O. BOX 636
WILMINGTON, DELAWARE 19899-0636
———
TEL: (302) 651-3000
FAX: (302) 651-3001
www.skadden.com

DIRECT DIAL
302 651-3060
DIRECT FAX
(302) 651-3001
EMAIL ADDRESS
Ewelch@SKADDEN.COM

FIRM/AFFILIATE OFFICES
———
BOSTON
CHICAGO
HOUSTON
LOS ANGELES
NEW YORK
PALO ALTO
SAN FRANCISCO
WASHINGTON, D.C.
———
BEIJING
BRUSSELS
FRANKFURT
HONG KONG
LONDON
MOSCOW
MUNICH
PARIS
SINGAPORE
SYDNEY
TOKYO
TORONTO
VIENNA

April 6, 2006

**BY E-FILE AND HAND DELIVERY**
The Honorable Gregory M. Sleet
United States District Court
844 North King Street
Lock Box 19
Wilmington, DE 19801

> RE: In re MBNA Corporation Derivative and Class Litigation, Lead Case No. 1:05-cv-00327-GMS

Dear Judge Sleet:

     We represent James H. Berick, Mary M. Boies, Benjamin R. Civiletti, William L. Jews, Stuart L. Markowitz, William B. Milstead, Laura S. Unger and Thomas G. Murdough in the above referenced action. We join in the request of the other Defendants and respectfully request an opportunity to present oral argument on our clients' pending motion to dismiss pursuant to Local District Court Civil Rule 7.1.4.

Respectfully,

Edward P. Welch (I.D. No. 671)

cc: Clerk, United States District Court (By e-file)
    Richard H. Morse, Esquire (By e-file and hand delivery)
    Robert R. Davis, Esquire (By e-file and hand delivery)

451436-Wilmington Server 1A - MSW