IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

```
-------------------------------------------------------x
IN RE MBNA CORPORATION                        :
DERIVATIVE AND CLASS                          :
LITIGATION                                    :   Lead Case No. 1:05-cv-00327-GMS
_____       :
                                              :
This Document Relates To:                     :
                                              :
ALL ACTIONS.                                  :
                                              :
-------------------------------------------------------x
```

### [PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION FOR LEAVE TO FILE A SUR-REPLY BRIEF IN OPPOSITION TO THE MBNA OUTSIDE DIRECTORS' MOTION TO DISMISS

IT IS SO ORDERED, this ___ day of _____, 2006 that Plaintiffs' Motion for Leave to File a Sur-Reply in Opposition to the MBNA Outside Directors' Motion to Dismiss (D.I. No. 53) is hereby GRANTED.


Date: _____        _____
                               United States District Judge