IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------x
IN RE MBNA CORPORATION :
DERIVATIVE AND CLASS :
LITIGATION : Lead Case No. 1:05-cv-00327-GMS
 :
 :
This Document Relates To: :
 :
ALL ACTIONS. :
 :
---------------------------------------------------x

## NOTICE OF APPEARANCE

TO: Clerk of the Court
District Court of Delaware
800 N. King Street
Wilmington, DE 19801

**PLEASE ENTER** the appearance of Daniel J. Brown, Esquire, as attorney for Malcolm Rosenwald in *In Re: MBNA Corporation Derivative and Class Litigation.*

CHIMICLES & TIKELLIS LLP

Daniel J. Brown (I.D. No. 4688)
Chimicles & Tikellis LLP
One Rodney Square
P.O. Box 1035
Wilmington, DE 19899
(302) 656-2500

DATED: April 27, 2006