IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------x
IN RE MBNA CORPORATION          :
DERIVATIVE AND CLASS            :
LITIGATION                      :   Lead Case No. 1:05-cv-00327-GMS
                                :
                                :
This Document Relates To:       :
                                :
ALL ACTIONS.                    :
                                :
---------------------------------------------------------x

## NOTICE OF WITHDRAW

TO:   Clerk of the Court
      District Court of Delaware
      800 N. King Street
      Wilmington, DE 19801


**PLEASE WITHDRAW** the appearance of Robert Davis, Esquire, as Liaison Counsel in *In Re: MBNA Corporation Derivative and Class Litigation* and as attorney for Lemon Bay Partners LLP, Malcolm Rosenwald and Donald F. Benoit.

CHIMICLES & TIKELLIS LLP

_____
Robert Davis (I.D. No. 4536)
Chimicles & Tikellis LLP
One Rodney Square
P.O. Box 1035
Wilmington, DE 19899
(302) 656-2500

DATED: April 27, 2006