## CERTIFICATE OF SERVICE

I, Daniel J. Brown, do hereby certify that on this 27th day of April, 2006, I caused copies of the Notice of Appearance and Notice of Withdraw to be served on the following counsel addressed by electronic filing as follows:

Richard H. Morse
Young Conaway Stargatt & Taylor LLP
The Brandywine Building
1000 West Street, 17th Floor
P.O. Box 391
Wilmington, DE 19899

Edward P. Welch
Skadden, Arps, Slate, Meagher & Flom
One Rodney Square
P.O. Box 636
Wilmington, DE 19899

Daniel J. Brown (I.D. No. 4688)