## CERTIFICATE OF SERVICE

I, Edward P. Welch, hereby certify that on April 27, 2006, I electronically filed the Response to Plaintiffs' Motion for Leave to File a Sur-Reply Brief with the Clerk of Court using CM/ECF, which will send notification of such filing to those designated below, and that I served the following persons in the manner listed:

**VIA CM/ECF**
Richard H. Morse, Esq.
YOUNG CONAWAY STARGATT
 & TAYLOR
The Brandywine Building
1000 West Street, 17th Floor
P.O. Box 391
Wilmington, DE  19899

**VIA CM/ECF**
Pamela S. Tikellis, Esq.
CHIMICLES & TIKELLIS, LLP
One Rodney Square
P.O. Box 1035
Wilmington, DE  19899

/s/ Edward P. Welch
Edward P. Welch (ID No. 671)
SKADDEN, ARPS, SLATE,
 MEAGHER & FLOM LLP
One Rodney Square
P.O. Box 636
Wilmington, Delaware 19899
(302) 651-3000
ewelch@skadden.com

453831.01-Wilmington S1A