UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

------------------------------------------------------------x
IN RE MBNA CORPORATION
DERIVATIVE AND CLASS
LITIGATION

Lead Case No. 1:05-cv-00327-GMS

_____

This Document Relates To:

ALL ACTIONS.

------------------------------------------------------------x

## DECLARATION OF LAURENCE D. PASKOWITZ ATTACHING EXHIBITS REFERENCED IN PLAINTIFFS' SUR-REPLY MEMORANDUM RELATING TO THE ISSUE OF SUBJECT MATTER JURISDICTION

CHIMICLES & TIKELLIS, LLP
One Rodney Square
P.O. Box 1035
Wilmington, DE 19899
Telephone: 302/656-2500
Facsimile: 302/656-9053

Liaison Counsel for Plaintiffs
ROBBINS UMEDA & FINK, LLP
JEFFREY P. FINK
610 West Ash Street, Suite 1800
San Diego, CA 92101
Telephone: 619/525-3990
Facsimile: 619/525-3991

PASKOWITZ & ASSOCIATES
LAURENCE PASKOWITZ
ROY JACOBS
60 East 42nd Street, 46th Floor
New York, NY 10165
Telephone: 212/685-0969
Facsimile: 212/685-2306

Co-Lead Counsel for Plaintiffs

LAURENCE D. PASKOWITZ, under pain and penalty of perjury under the laws of the United States, does hereby declare and state this 11th day of December, 2006 as follows:

1. I am the principal of Paskowitz & Associates, counsel for plaintiff Lemon Bay Partners in these consolidated actions. My firm serves as one of two court-appointed co-lead counsel herein, along with the firm of Robbins Umeda & Fink, LLP.

2. Attached as Exhibit A hereto is a true and correct copy of the notice of removal filed by defendants in *Rosenwald v. Unger, et al.*

3. Attached hereto as Exhibit B is a concordance prepared by plaintiffs' counsel illustrating the overlapping legal and factual issues between the federal securities complaint and the complaint herein, summarizing the federal questions that have arisen in the briefing, and highlighting the relationship between various state law claims and the federal claims.

4. Attached hereto as Exhibit C is an exemplar of an amended pleading illustrating ways in which any perceived lack of subject matter jurisdiction may be cured by amendment.

FURTHER DECLARANT SAYETH NOT.

_____
Laurence D. Paskowitz