IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------x
IN RE MBNA CORPORATION         :
DERIVATIVE AND CLASS           :
LITIGATION                     :  Lead Case No. 1:05-cv-00327-GMS
_____:
                               :
This Document Relates To:      :
                               :
ALL ACTIONS.                   :
                               :
---------------------------------------------------------x

## NOTICE OF APPEARANCE

TO:   Clerk of the Court
      District Court of Delaware
      800 N. King Street
      Wilmington, DE 19801

**PLEASE ENTER** the appearance of A. Zachary Naylor, Esquire, as attorney for Donald F. Benoit and Malcolm Rosenwald.

CHIMICLES & TIKELLIS LLP

*/s/ A. Zachary Naylor*
A. Zachary Naylor (I.D. No. 4439)
Chimicles & Tikellis LLP
One Rodney Square
P.O. Box 1035
Wilmington, DE 19899
(302) 656-2500

DATED: January 29, 2007