## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

```
----------------------------------------------------x
IN RE MBNA CORPORATION                  :
DERIVATIVE AND CLASS                    :
LITIGATION                              :    Lead Case No. 1:05-cv-00327-GMS
_____:
                                        :
This Document Relates To:               :
                                        :
ALL ACTIONS.                            :
                                        :
----------------------------------------------------x
```

### NOTICE OF WITHDRAW

TO:    Clerk of the Court
       District Court of Delaware
       800 N. King Street
       Wilmington, DE 19801

**PLEASE WITHDRAW** the appearance of Daniel J. Brown, Esquire as attorney for Plaintiffs Lemon Bay Partners LLP, Malcolm Rosenwald and Donald F. Benoit.

                                        CHIMICLES & TIKELLIS LLP

                                        _____
                                        Daniel J. Brown (I.D. No. 4688)
                                        Chimicles & Tikellis LLP
                                        One Rodney Square
                                        P.O. Box 1035
                                        Wilmington, DE 19899
                                        (302) 656-2500

DATED: January 29, 2007