IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

------------------------------------------------------x
IN RE MBNA CORPORATION       :
DERIVATIVE AND CLASS          :     Lead Case No. 1:05-cv-00327-
LITIGATION                            :     GMS

This Document Relates To:       :
ALL ACTIONS.                           :     CLASS AND DERIVATIVE
------------------------------------------------------x     ACTION

## MOTION AND ORDER
## FOR ADMISSION PRO HAC VICE

Pursuant to Local Rule 83.5 and the attached certification, counsel moves the admission *pro hac vice* of William F. Clarke Jr. to represent Defendants James H. Berick, Mary M. Boies, Benjamin R. Civiletti, William L. Jews, Randolph D. Lerner, Stuart L. Markowitz, William B. Milstead, Laura S. Unger and Thomas G. Murdough in this matter.

_____
Edward P. Welch (I.D. # 671)
Edward B. Micheletti (I.D. # 3794)
SKADDEN, ARPS, SLATE,
 MEAGHER & FLOM LLP
One Rodney Square
P.O. Box 636
Wilmington, Delaware 19899
(302) 651-3000
ewelch@skadden.com
emich@skadden.com

Attorneys for Defendants James H. Berick,
Mary M. Boies, Benjamin R. Civiletti,
William L. Jews, Randolph D. Lerner,
Stuart L. Markowitz, William B. Milstead,
Laura S. Unger and Thomas G. Murdough

Date: June 13, 2007