IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

-----------------------------------------------------------x
IN RE MBNA CORPORATION           :
DERIVATIVE AND CLASS             : Lead Case No. 1:05-cv-00327-GMS
LITIGATION                       :
-----------------------------------------------------------x

## MOTION AND ORDER
## FOR ADMISSION *PRO HAC VICE*

Pursuant to Local Rule 83.5 and the attached certification, counsel moves the admission *pro hac vice* of Jeffrey P. Fink to represent Plaintiffs in this matter.

Date: 6/19/07

_____
A. Zachary Naylor (I.D. No. 4439)
Chimicles & Tikellis LLP
One Rodney Square, P.O. Box 1035
Wilmington, DE 19899
(302) 656-2500
Attorney for Plaintiffs

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED counsel's motion for admission *pro hac vice* is granted.

Date:_____          _____
                         United States District Judge

## CERTIFICATION BY COUNSEL TO BE ADMITTED *PRO HAC VICE*

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of California pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify I am generally familiar with this Court's Local Rules. In accordance with Standing Order for District Court Fund effective 1/1/05, I further certify that the annual fee of $25.00 has been paid ☐ to the Clerk of Court, or, if not paid previously, the fee payment will be submitted ☒ to the Clerk's Office upon the filing of this motion.

Date: June 15, 2007        Signed: _____
                           Jeffrey P. Fink (SBN 199291)
                           610 West Ash Street, Suite 1800
                           San Diego, CA 92101