NOTICE OF APPEAL
TO
U.S. COURT OF APPEALS, THIRD CIRCUIT

U.S. District Court for the District of Delaware

**FULL CAPTION IN DISTRICT COURT AS FOLLOWS:**

CIRCUIT COURT
DOCKET NUMBER: _____

IN RE MBNA CORPORATION DERIVATIVE
AND CLASS LITIGATION

DISTRICT COURT
DOCKET NUMBER:
1:05-cv- 00327 GMS (Lead Case)

**DISTRICT COURT JUDGE:**
Gregory M. Sleet

    NOTICE IS HEREBY GIVEN that plaintiffs Lemon Bay Partners, Donald Benoit and Malcolm Rosenwald do hereby appeal to the United States Court of Appeals for the Third Circuit from the Order dated June 26, 2007 granting defendants' motion to dismiss (Docket No. 75), and the Order dated March 27, 2008 denying the plaintiffs' motion for reconsideration (Docket No. 81). True and correct copies of these orders are attached to this Notice as Exhibits A and B.

DATE: April 21, 2008

_____
Pamela S. Tikellis (#2172)
Robert J. Kriner (#2546)
A. Zachary Naylor (#4439)
Chimicles & Tikellis LLP
One Rodney Square
P.O. Box 1035
Wilmington, DE 19899
302-656-2500 (telephone)

*Liaison Counsel for Plaintiffs*

Additional counsel for Plaintiffs listed on the attached sheet

Edward Welch
Edward Micheletti
Skadden, Arps, Slate, Meagher & Flom
One Rodney Square
P.O. Box 636
Wilmington, DE 19899
(302) 651-3000
*Attorneys for the Outside Director Defendants*

Richard H. Morse
Young Conaway Stargatt & Taylor LLP
The Brandywine Building
1000 West Street, 17th Floor
P.O. Box 391
Wilmington, DE 19899
(302) 571-6600
*Attorneys for Defendants MBNA Corporation, Bank of America Corporation, Bruce Hammonds, Kenneth Vecchione, Richard Struthers, John Cochran, III, Lance Weaver, Charles Krulak, Michael Rhodes, John Scheflen, Randolph Lerner and Kenneth Lewis*

Additional counsel for Defendants on the attached sheet.

# LIST OF ADDITIONAL COUNSEL
Case No. 1:05-cv- 00327 GMS

Jeffrey P. Fink
Julia Williams
Robbins Umeda & Fink, LLP
610 West Ash Street, Suite 1800
San Diego, CA 92101

*Co-Lead Counsel for Plaintiffs*

Laurence D. Paskowitz
Paskowitz & Associates
60 East 42nd Street, 46th Floor
New York, NY 10165

*Co-Lead Counsel for Plaintiffs*

Jay B. Kasner
Susan L. Salzstein
Skadden, Arps, Slate, Meagher & Flom
4 Times Square
New York, NY 10036

*Counsel for the Outside Director Defendants*

Richard J. Urowsky
Richard C. Pepperman, II
Stacey R. Friedman
Ryan C. Williams
M. David Possick
Sullivan & Cromwell LLP
125 Broad Street
New York, NY 10004

*Counsel for MBNA Corporation, Bank of America Corporation, Bruce Hammonds, Kenneth Vecchione, Richard Struthers, John Cochran, III, Lance Weaver, Charles Krulak, Michael Rhodes, John Scheflen, Randolph Lerner and Kenneth Lewis*