# Chimicles & Tikellis LLP
ATTORNEYS AT LAW

One Rodney Square
P.O. Box 1035
Wilmington, DE 19899
Telephone: (302) 656.2500
Telecopier: (302) 656.9053
E-mail: Mail@Chimicles.com

Nicholas E. Chimicles
Pamela S. Tikellis *
Robert J. Kriner, Jr. *
Steven A. Schwartz
Kimberly M. Donaldson
Joseph G. Sauder
M. Katherine Meermans
Daniel B. Scott
Kimberly Litman Kimmel
Timothy N. Mathews
A. Zachary Naylor *
Benjamin F. Johns
Scott M. Tucker *
Meghan A. Adams *
Tiffany J. Cramer *
Kimberly A. Sanders

OF COUNSEL
Morris M. Shuster
Denise Davis Schwartzman
Anthony Allen Geyelin
David M. Maser

*Attorneys admitted to
practice in Delaware

April 21, 2008

**BY HAND DELIVERY**

Chief Judge Gregory M. Sleet
United States District Judge
J. Caleb Boggs Federal Building
844 N. King Street
Room 4324, Lockbox 19
Wilmington, Delaware 19801

Re:   *In re MBNA Corp. Class and Derivative Lit.*,
      C.A. No. 05-327 (GMS)

Dear Chief Judge Sleet:

I enclose, pursuant to Third Circuit Local Appellate Rule 3.1, a copy of the Notice of Appeal filed today in District Court by Plaintiffs Lemon Bay Partners, Donald Benoit and Malcolm Rosenwald, on behalf of themselves and all others similarly situated, in the above captioned matter.

Respectfully,

A. Zachary Naylor (#4439)

Enclosure

cc:   U.S. District Court Clerk (by electronic filing)
      Edward Welch, Esquire (by electronic filing)
      Richard H. Morse, Esquire (by electronic filing)



HAVERFORD OFFICE

One Haverford Centre
361 West Lancaster Avenue
Haverford, PA 19041
Telephone: (610) 642.8500
Telecopier: (610) 649.3633